*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
| --- |
| United States of America |

| Defendant |
| --- |
| Lonnie Edward George |

| Case Number | Judge |
| --- | --- |
| 1:16-cr-10063-JDB | Judge J. Daniel Breen |

I, **David W. DeBruin** hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of **Lonnie Edward George** by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| District of Columbia Court of Appeals | 12/19/1980 |
| U.S. Supreme Court | 04/00/1988 |
| U.S. Court of Appeals, District of Columbia Circuit | 06/00/1981 |
| PLEASE SEE ATTACHED ADDENDUM FOR REMAINING ENTRIES | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court. (See * on attached Addendum.)

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| DeBruin | David | William |

| Applicant's Firm Name |
|---|
| Jenner & Block LLP (1099 New York Avenue, N.W., Suite 900, Washington, DC  20001-4412) |

| Applicant's Address | Room/Suite Number |
|---|---|
| 4312 Leland Street | |

| City Chevy Chase | State MD | Zip Code 20815 |
|---|---|---|

| Applicant's Email Address |
|---|
| ddebruin@jenner.com |

| Applicant's Phone Number(s) |
|---|
| (202) 639-6015 |

Certificate of Consultation

See attached.

| Date | Electronic Signature of Applicant |
|---|---|
| July 10, 2023 | S/ David William DeBruin |

Page -2-

**Addendum to Motion for Leave to Appear Pro Hac Vice**
**United States District Court for the Western District of Tennessee**
**(DeBruin, David William)**

| STATE OR FEDERAL COURT | DATE OF ADMISSION |
| --- | --- |
| U.S. Court of Appeals – Second Circuit | 03/00/1993 |
| U.S. Court of Appeals – Third Circuit | 04/00/2002 |
| U.S. Court of Appeals – Fourth Circuit | 11/00/1988 |
| U.S. Court of Appeals – Fifth Circuit | 10/00/1997 |
| U.S. Court of Appeals – Sixth Circuit | 05/00/2001 |
| U.S. Court of Appeals – Seventh Circuit | 11/12/2010 |
| U.S. Court of Appeals – Ninth Circuit | 06/03/2014 |
| U.S. Court of Appeals – Tenth Circuit | 07/00/1992 |
| U.S. Court of Appeals – Eleventh Circuit | 12/21/2010 |
| U.S. Court of Appeals – Federal Circuit | 10/18/1995 |
| U.S. District Court – District of Columbia | 09/00/1984 |
| U.S. District Court – Maryland | 11/00/1990 |
| U.S. District Court – Eastern District of Michigan | 09/13/2016 |
| U.S. District Court – Western District of Michigan | 10/00/2001 |
| U.S. Court of Federal Claims | 10/00/1995 |
| U.S. Court of International Trade | 02/01/2011 |

\*  Attached is a Certificate of Good Standing from the District of Columbia Court of Appeals issued on June 28, 2023, as well as a Certificate of Good Standing from the U.S. District Court for the District of Columbia issued on February 15, 2023. On July 3, 2023, I requested another Certificate of Good Standing from the U.S. District Court for the District of Columbia. I will send this Certificate to the Court when I receive it.