**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                           No. 1:16-cr-10063-JDB-1

LONNIE EDWARD GEORGE

                Defendant,

**CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.2(B) FOR DEFENDANT LONNIE GEORGE'S MOTION FOR COMPASSIONATE RELEASE AND MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

    I, David W. DeBruin, counsel to Defendant Lonnie Edward George, hereby certify that my co-counsel, Abraham G. Kanter, contacted all counsel via email and telephone regarding the instant Motions. Counsel for the United States, Assistant U.S. Attorney Vic Ivy, indicated support for the Motion for Leave to Appear Pro Hac Vice, but opposition to the Motion for Compassionate Release, via telephone on July 3, 2023.

Dated: July 10, 2023                               Respectfully submitted,

                                                      By:    /s/ David W. DeBruin
                                                                   David W. DeBruin*
                                                                   D.C. Bar No. 337626
                                                                   JENNER & BLOCK LLP
                                                                   1099 New York Ave NW, Suite 900
                                                                   Washington, DC 20001
                                                                   (202) 639-6015
                                                                   ddebruin@jenner.com

Abraham G. Kanter†
D.C. Bar No. 90008992
JENNER & BLOCK LLP
1099 New York Ave NW, Suite 900
Washington, DC 20001
(202) 637-6361
akanter@jenner.com

Michael T. Werner†
IL Bar No. 6314250
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 923-4792
mwerner@jenner.com

*Attorneys for Defendant*

\* Pro hac vice pending.
† Not admitted in the Western District of Tennessee; practicing under the supervision of Jenner & Block LLP.