# EXHIBIT 1



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GEORGE, LONNIE EDWARD   29674-076

SEQUENCE: 00373457
Report Date: 04-25-2023

| | |
|---|---|
| Facility: MEM MEMPHIS FCI | Custody Level: IN |
| Name: GEORGE, LONNIE EDWARD | Security Level: MEDIUM |
| Register No.: 29674-076 | Proj. Rel Date: 08-26-2030 |
| Quarters: D06-314U | Release Method: GOOD |
| Age: 60 | DNA Status: PREBOP TST / 08-31-2021 |
| Date of Birth: 09-09-1962 | |

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:841(A)(1),846 CONSPIRACY TO DISTRIBUTE & POSSESS W/INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF ACTUAL METHAMPHETAMINE CNT1 | 140 MONTHS |

Date Sentence Computation Began:   08-25-2021
Sentencing District:   TENNESSEE, WESTERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit | - InOp Time |
|---|---|---|---|---|
| 0 / 0 / 0 | 108 | Years: 2 Months: 7 Days: 10 | + 343 JC | - 0 InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Pending Charges

Aggravated Rape, Domestic Aggravated Assault Docket#19428, Gibson County Circuit Court, Trenton, TN.
Possession of Methamphetamine w/Intent to Manf/Sell/Del Docket #19429 and Money Laundering and Docket #19457.

### Program Plans

INMATE GEORGE IS A U. S. COURT COMMITMENT SENTENCED IN THE WESTERN DISTRICT OF TENNESSEE TO A 140 MONTH SENTENCE FOR CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF ACTUAL METHAMPHETAMINE.

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 10-06-2021 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 01-12-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-12-2023 |
| N-COGNTV Y | NEED - COGNITIONS YES | 01-12-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 10-06-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 01-12-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 01-12-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 01-12-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-12-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 01-12-2023 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 01-12-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 01-12-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 01-12-2023 |
| N-WORK Y | NEED - WORK YES | 01-12-2023 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 02-25-2023 |

### FSA Comments

FSA ELIGIBLE
RECIDIVISM-MEDIUM RISK

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|



| | Summary Reentry Plan - Progress Report | | SEQUENCE: 00373457 |
|---|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | | Report Date: 04-25-2023 |
| | Plan is for inmate: GEORGE, LONNIE EDWARD   29674-076 | | |

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MEM | UUNASSG | UNASSIGNED | 01-31-2023 |

**Work Assignment Summary**

SINCE HIS ARRIVAL AT FCI MEMPHIS ON 10-6-2021, HE HAS NOT OBTAINED ANY INSTITUTIONAL EMPLOYMENT.

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MEM | ESL HAS | ENGLISH PROFICIENT | 10-19-2021 |
| MEM | GED EN | ENROLL GED NON-PROMOTABLE | 10-19-2021 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MEM | C | SPORTS INJURY AVOIDANCE-SEMINR | 05-31-2022 | 08-24-2022 |
| MEM | C | RE/IND.STDY/MONEY MGMT SKILLS | 03-01-2022 | 04-01-2022 |
| MEM | C | RPP 1 AIDS AWARENESS | 11-17-2021 | 11-17-2021 |

**Education Information Summary**

SINCE HIS ARRIVAL AT FCI MEMPHIS, INMATE GEORGE HAS ENROLLED AND COMPLETED ONE (1) INDEPENDENT STUDY COURSE AND ONE (1) RECREATION COURSE. IMMATE GEORGE IS A PARTICIPANT OF THE DRUG EDUCATION COURSE.

**Discipline Reports**

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

**Discipline Summary**

SINCE HIS ARRIVAL AT FCI MEMPHIS, INMATE GEORGE HAS REMAINED INCIDENT FREE.

**ARS Assignments**

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 01-31-2023 | CURRENT |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 01-18-2023 | 01-31-2023 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 12-08-2022 | 01-18-2023 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 11-16-2022 | 12-08-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 11-03-2022 | 11-16-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 10-19-2022 | 11-03-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 10-13-2022 | 10-19-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 09-30-2022 | 10-13-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 07-21-2022 | 09-30-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 07-07-2022 | 07-21-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 06-02-2022 | 07-07-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 06-01-2022 | 06-02-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 04-19-2022 | 06-01-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 02-24-2022 | 04-19-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 01-13-2022 | 02-24-2022 |
| MEM | A-DES | US DISTRICT COURT COMMITMENT | 10-06-2021 | 01-13-2022 |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-06-2021 |
| CARE4 | MRC CARE REQUIRED | 01-18-2023 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 02-03-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-03-2022 |

Sentry Data as of 04-26-2023       Summary Reentry Plan - Progress Report       Page 2 of 4



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GEORGE, LONNIE EDWARD 29674-076

SEQUENCE: 00373457
Report Date: 04-25-2023

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

NO ASSIGNMENTS

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 01-10-2023 |

### Physical and Mental Health Summary

INMATE GEORGE IS NOW CATEGORIZED AS A CARE LEVEL 4, AWAITING TRANSFER TO A MEDICAL FACILITY. HE IS CATEGORIZED AS A CARE LEVEL 1 MENTAL HEALTH. SPOKE WITH MEDICAL ON 04-25-2023, AWAITING TRANSFER ORDER AND AIRLIFT. INMATE GEORGE IS STILL NOTATED AS WREDES.

### FRP Payment Plan

Most Recent Payment Plan

FRP Assignment: **NO OBLG** **FINANC RESP-NO** Start: **05-23-2022**
Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**
Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $75.00 | IMMEDIATE | EXPIRED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Financial Responsibility Summary

INMATE GEORGE NO LONGER HAS ANY FINANCIAL OBLIGATIONS PENDING. OBLIGATION HAS EXPIRED.

### Release Planning

INMATE GEORGE WILL RETURN TO HIS ORIGINAL SENTENCING TO RESIDE WITH HIS DAUGHTER IN MEMPHIS, TN.

### General Comments

INMATE GEORGE HAS 5 YEARS OF SUPERVISED RELEASE.

Case 1:16-cr-10063-JDB   Document 155-1   Filed 07/10/23   Page 5 of 5    PageID 1041



**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GEORGE, LONNIE EDWARD   29674-076

SEQUENCE: 00373457
Report Date: 04-25-2023

Name: GEORGE, LONNIE EDWARD
Register Num: 29674-076
Age: 60
Date of Birth: 09-09-1962
DNA Status: PREBOP TST / 08-31-2021

_[signature]_ Inmate
Inmate   (GEORGE, LONNIE EDWARD, Register Num: 29674-076)

_[signature dated 4/25/2023]_
Date

_[signature]_
Chairperson

_[signature]_
Case Manager

_[signature dated 4/25/2023]_
Date

_[signature dated 4/25/2023]_
Date

Summary Reentry Plan - Progress Report                                   Page 4 of 4

4