# EXHIBIT 3

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GEORGE, LONNIE EDWARD | | | Reg #: | 29674-076 |
| Date of Birth: | 09/09/1962 | Sex: | M   Race:  WHITE | Facility: | MEM |
| Encounter Date: | 12/07/2021 08:47 | Provider: | Browne, J FNP-C | Unit: | D06 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:   Browne, J FNP-C

Chief Complaint:   Eyes/Vision Problems

Subjective:   Presents to medical with c/o " My eye is hurting so bad. I don't see anything but little bit of light. It is turning gray. I tried ordering Ibuprofen but they sent me Naproxen and they make me bleed". Reports HX of bilateral cataracts. Patient reports he was scheduled for laser surgery in 2020 at a State prison, surgery was not completed due to transferring.

**Pain:**   Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 12/07/2021 08:49 |
| Location: | Eye-Right |
| Quality of Pain: | Aching |
| Pain Scale: | 3 |
| Intervention: | Nothing |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1 Year |
| Duration: | 1 Year |
| Exacerbating Factors: | "everything" |
| Relieving Factors: | "nothing" |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/07/2021 | 08:51 MEM | 97.3 | 36.3 | | Browne, J FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/07/2021 | 08:51 | 98 | Via Machine | | Browne, J FNP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/07/2021 | 08:51 MEM | 22 | Browne, J FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/07/2021 | 08:51 MEM | 116/73 | Left Arm | Sitting | Adult-large | Browne, J FNP-C |

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name:  GEORGE, LONNIE EDWARD | | | | Reg #:  29674-076 | | |
| Date of Birth:  09/09/1962 | | Sex:  M   Race:  WHITE | | Facility:  MEM | | |
| Encounter Date:  12/07/2021 08:47 | | Provider:  Browne, J FNP-C | | Unit:  D06 | | |

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | | **Provider** |
|---|---|---|---|---|---|
| 12/07/2021 | 08:51 MEM | 98 | | | Browne, J FNP-C |

**Exam:**

### General

#### Appearance

Yes: Appears Well, Alert and Oriented x 3

#### Exam Comments

Patient appears alert and oriented X 3. Cloudy area noted to lens of right eye. Snellen chart reading lt eye 20/50, patient states he is unable to read/ see chart with left eye covered, states " all I see is a light". Optometrist consult placed.

**ASSESSMENT:**

Low vision, both eyes, H542 - Current

**PLAN:**

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Optometry | 01/07/2022 | 01/07/2022 | Emergent | No | |

Subtype:

Optometry offsite

Reason for Request:

Cloudy area noted to lens of right eye. Snellen chart reading lt eye 20/50, patient states he is unable to read/ see chart with left eye covered, states " all I see is a light".

HX of bilateral cataracts.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/07/2021 | Counseling | Access to Care | Browne, J | Verbalizes Understanding |

**Copay Required:** Yes        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Browne, J FNP-C on 12/07/2021 09:30

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | GEORGE, LONNIE EDWARD | | Reg #: 29674-076 |
| Date of Birth: | 09/09/1962 | Sex: M   Race: WHITE | Facility: MEM |
| Encounter Date: | 12/27/2021 15:38 | Provider: Benitez, J. (MAT) MD | Unit: D06 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**     Provider:  Benitez, J. (MAT) MD

Chief Complaint:   GENERAL

Subjective:     follow up for abnormal lab (12/15/21)- repeat PSA still elevated 9.47. Compared to prior PSA 13.52 (12/8/21).  Admits to family history for prostate cancer- father passed away at age 67 due to it.  Inmate George currently is 57y.
Also indicates was treated cancerous colon polyps- 2006.  No further follow up since then. denies any changes in weight or appetite. no fevers/chills. No back pain and changes in BM. Admits to frequent urination (note: U/A: wnl, 12/8/21).

Separately indicates was exposed to HCV x6 years ago due to IVDU. But since then has cleared it naturally.
note: BP elevated- despite taking medication and agrees to adjustment - no chest pain or SOB.

Pain:      Not Applicable

**ROS:**

**General**

**Constitutional Symptoms**

No: Chills, Fatigue, Fever, Insomnia, Unexplained Weight Loss, Weight Gain

**GI**

**General**

No: Abdominal Pain or Colic, Appetite Changes

**GU**

**General**

Yes: Dysuria, Nocturia

No: Testicular Pain

**Musculoskeletal**

**General**

No: Low Back Pain

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/27/2021 | 15:38 | 92 | | | Benitez, J. (MAT) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/27/2021 | 15:38 MEM | 16 | Benitez, J. (MAT) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/27/2021 | 15:38 MEM | 160/105 | | | | Benitez, J. (MAT) MD |

3

| Inmate Name: | GEORGE, LONNIE EDWARD | | | | Reg #: | 29674-076 |
| Date of Birth: | 09/09/1962 | | Sex: M | Race: WHITE | Facility: | MEM |
| Encounter Date: | 12/27/2021 15:38 | | Provider: | Benitez, J. (MAT) MD | Unit: | D06 |

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | | **Provider** |
|---|---|---|---|---|---|
| 12/27/2021 | 15:38 MEM | 100 | | | Benitez, J. (MAT) MD |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 12/27/2021 | 15:38 MEM | 173.0 | 78.5 | | Benitez, J. (MAT) MD |

**Exam:**

**General**

**Appearance**

Yes: Alert and Oriented x 3

No: Appears Distressed

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Normal S1 and S2

No: M/R/G

**Abdomen**

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Palpation**

Yes: Soft

No: Guarding

**ASSESSMENT:**

Abnormal finding of blood chemistry, unspecified, R799 - Current - *elevated PSA 9.47- confirmed on repeat (FMHX prostate CA)*

Disorder of prostate, unspecified, N429 - Current - *elevated PSA*

Essential (primary) hypertension, I10 - Current

Pain, unspecified, R52 - Remission

**PLAN:**

**New Medication Orders:**

| Rx# | **Medication** | **Order Date** |
|---|---|---|
| | Lisinopril Tablet | 12/27/2021 15:38 |

**Prescriber Order:**   40mg Orally  each evening x 365 day(s)

Indication:  Essential (primary) hypertension

Start Now:  Yes

Night Stock Rx#:

Source:  Pyxis

Admin Method:   Self Administration

Stop Date:  12/27/2022 15:37

MAR Label:  40mg Orally  each evening x 365 day(s)

| | | | |
|---|---|---|---|
| Inmate Name:  GEORGE, LONNIE EDWARD | | Reg #: | 29674-076 |
| Date of Birth:  09/09/1962 | Sex:  M   Race:  WHITE | Facility: | MEM |
| Encounter Date:  12/27/2021 15:38 | Provider:  Benitez, J. (MAT) MD | Unit: | D06 |

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | One Time Dose Given:  No | |

## Discontinued Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| *165299-MEM* | *Lisinopril 20 MG Tab* | *12/27/2021 15:38* |

> **Prescriber Order:**  *Take one tablet (20 MG) by mouth each evening*
> Discontinue Type:  *Immediate*
> Discontinue Reason:  *new order written*
> Indication:

## New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-1 View | One Time | | 02/25/2022 | Routine |

Specific reason(s) for request (Complaints and findings):

HTN

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Urology | 01/21/2022 | 01/21/2022 | Urgent | No | |

Subtype:

Offsite visit, NOS

Reason for Request:

evaluate/treat- disorder prostate PSA 9.47 (confirmed on repeat labs--can NOT exclude  malignancy)

Background:
57 y/o male with - elevated PSA, 9.47 (confirmed on repeat) and paternal history prostate CANCER.  follow up for abnormal lab (12/15/21)- repeat PSA still elevated 9.47. Compared to prior PSA 13.52 (12/8/21). Admits to family history for prostate cancer- father passed away at age 67 due to prostate cancer.  Also indicates was treated cancerous colon polyps- 2006.  No further follow up since then. denies any changes in weight or appetite. no fevers/chills. No back pain and changes in BM.  Admits to frequent urination (note: U/A: wnl, 12/8/21).

Additional Records Required for Consultation:

Complete Record

## Disposition:

Follow-up at Sick Call as Needed

Consultation Written

## Other:

refer to urology- due to paternal history prostate CA.  to follow up with any changes.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/27/2021 | Counseling | Plan of Care | Benitez, J. | Verbalizes Understanding |
| 12/27/2021 | Counseling | Access to Care | Benitez, J. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

Inmate Name:   GEORGE, LONNIE EDWARD                                    Reg #:      29674-076
Date of Birth:   09/09/1962                    Sex:       M    Race:   WHITE      Facility:   MEM
Encounter Date:   12/27/2021 15:38             Provider:   Benitez, J. (MAT) MD  Unit:       D06

**Telephone/Verbal Order:**   No

Completed by Benitez, J. (MAT) MD on 12/27/2021 15:54

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GEORGE, LONNIE EDWARD | | | Reg #: | 29674-076 |
| Date of Birth: | 09/09/1962 | Sex: | M   Race: WHITE | Facility: | MEM |
| Note Date: | 01/14/2022 13:16 | Provider: | Gill, Naveed (MAT) MD, | Unit: | D06 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

  ADMINISTRATIVE NOTE   **1**       Provider:   Gill, Naveed (MAT) MD,CD

  documents from ophthalmologist reviewed. Consult sent for cataract surgery right eye.


**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 03/17/2022 | 03/17/2022 | Routine | No | |

  Subtype:

    Surgery - Cataract Removal

  Reason for Request:

    right eye cataract surgery as recommended by ophthalmologist.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Gill, Naveed (MAT) MD,CD on 01/14/2022 13:20

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GEORGE, LONNIE EDWARD | | | Reg #: | 29674-076 |
| Date of Birth: | 09/09/1962 | Sex: | M   Race:   WHITE | Facility: | MEM |
| Encounter Date: | 06/03/2022 10:44 | Provider: | Gill, Naveed (MAT) MD, | Unit: | Z02 |

Physician - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   **1**       Provider:   Gill, Naveed (MAT) MD,CD

Chief Complaint:   Medical Trip Return

Subjective:       inmate returned last evening from same day surgery after a prostate biopsy. Inmate is still catheterized. C/O pain and discomfort due to the catheter. No paper work available to be reviewed. As per inmate he needs to go back to the clinic in 2 wees. As per inmate he has been passing copious amounts of clear urine. At this time inmate was counseled on how the catheter will be removed. 10 CC Syringe used to deflate balloon. Catheter removed without any discomfort or complication. Inmate advised to hydrate and let health services know if unable to void in the next 3 hours. Inmate understands. Started on antibiotics and pain medications and placed on providers schedule.

Pain:         Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/03/2022 | 12:15 | 77 | | | Gill, Naveed (MAT) MD,CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/03/2022 | 12:15 MEM | 15 | Gill, Naveed (MAT) MD,CD |

**Exam:**

**General**
    **Affect**
       Yes: Anxious

**Genitourinary**
    **General**
       Yes: Clear Urine
    **Penis**
       Yes: Within Normal Limits
    **Scrotum**
       Yes: Within Normal Limits
    **Artificial Openings/Device**
       Yes: Foley Catheter

**ASSESSMENT:**

Disorder of kidney and ureter, unspecified, N289 - Current - *s/p prostate biopsy*

**PLAN:**

**8**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GEORGE, LONNIE EDWARD | | Reg #: | 29674-076 |
| Date of Birth: | 09/09/1962 | Sex: M   Race: WHITE | Facility: | MEM |
| Encounter Date: | 06/03/2022 10:44 | Provider: Gill, Naveed (MAT) MD, | Unit: | Z02 |

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 06/03/2022 10:44 |

> **Prescriber Order:**   400 Orally  -  Two Times a Day PRN x 2 day(s)
>
> Indication:   Disorder of kidney and ureter, unspecified

| | | |
|---|---|---|
| | Nitrofurantoin Mono 100 MG (Macrobid) Cap | 06/03/2022 10:44 |

> **Prescriber Order:**   100 Orally  -  Two Times a Day x 5 day(s)
>
> Indication:   Disorder of kidney and ureter, unspecified

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Urology | 06/17/2022 | 06/17/2022 | Emergent | No | |

> Subtype:
>
> Offsite visit, NOS
>
> Reason for Request:
>
> s/p prostatic biopsy. 2 week f/u

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Assessment | 06/14/2022 00:00 | Physician 02 |

> s/p prostate biopsy. Return from hospital. Please counsel on results.

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/03/2022 | Counseling | Plan of Care | Gill, Naveed | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Gill, Naveed (MAT) MD,CD on 06/03/2022 12:23

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GEORGE, LONNIE EDWARD | | | Reg #: | 29674-076 |
| Date of Birth: | 09/09/1962 | Sex: | M    Race: WHITE | Facility: | MEM |
| Note Date: | 10/04/2022 12:15 | Provider: | Benitez, J. MD | Unit: | D06 |

Admin Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Benitez, J. MD

Reorder PET/CT scan- to PSMA type for prostate Cancer


**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Radiology | 10/28/2022 | 10/28/2022 | Urgent | No | |

Subtype:

PET Scan, cancer-related

Reason for Request:

METHODIST UNIVERSITY hospital- **needs copy of CD**
PART 1 of 2
PET/CT scan (PSMA) of Whole body -   Prostate Cancer STAGING for Treatment

Diagnosis (biopsy confirmed): ADVANCED PROSTATE CANCER, Gleason score 4+3 with PSA 12.6.

Needs CANCER staging PET/CT scan (PSMA scan) at Methodist to determine treatment.

Provisional Diagnosis:

PART 1 of 2.  -METHODIST UNIVERSITY hospital- **needs copy of CD**

Advanced Prostate Cancer

Additional Records Required for Consultation:

Complete Record

**Discontinued Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Radiology | 08/02/2022 | 08/02/2022 | Urgent | No | |

Subtype:

PET Scan, cancer-related

Reason for Request:

PART 1 of 2-  PET/CT scan (AXUMIN scan) of Whole body  **METHODIST hospital- needs copy of CD**

Diagnosis (biopsy confirmed): PROSTATE CANCER, Gleason score 4+3 with PSA 12.6.

Needs staging PET/CT scan (AXUMIN scan) at Methodist to determine stage  and treatment. To return after scan

Provisional Diagnosis:

PART 1 of 2-  PET/CT scan (AXUMIN scan) of Whole body  **METHODIST hospital- needs copy of CD**

PROSTATE CANCER, Gleason score 4+3 with PSA 12.6.

Additional Records Required for Consultation:

Complete Record

| Inmate Name: | GEORGE, LONNIE EDWARD | | | Reg #: | 29674-076 |
|---|---|---|---|---|---|
| Date of Birth: | 09/09/1962 | Sex: | M      Race: WHITE | Facility: | MEM |
| Note Date: | 10/04/2022 12:15 | Provider: | Benitez, J. MD | Unit: | D06 |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Benitez, J. MD on 10/04/2022 12:27



EYE SPECIALTY GROUP
Your Vision Partner

| PATIENT: | Lonnie George |
|---|---|
| DATE OF BIRTH: | 09/09/1962 |
| DATE: | 09/30/2022 7:30 AM |
| | Ophthalmology Chart Note |

Visit type: Established patient
Exam Type: Cataract Eval

Referred by: Brian Smith
Reason for referral: Treat

## Chief Complaint and HPI:

Complaint 1:   The 60 Year old male presents for  Cat Eval / DFE / IOL print out/ pt out of 90 days period.

BS 255/ NIDDM
Complaint 2:  The patient complains of hurting eye in the right eye.  It started about 3 month(s) ago . The onset was progressive.
Complaint 3:  The patient complains of blurry vision in the right eye.

### History
History recorded by: Alex Oduro-Kusi

### Past Ocular History

| Disease | Eye | Date Dx | Procedure | Eye | Date Px | Surgeon |
|---|---|---|---|---|---|---|
| eye injury | OS | 01/13/2016 | | | | |
| Hypertension | | | | | | |
| Cancer, prostate | | | | | | |
| Renal disease | | | | | | |

### Past Medical/Surgical History
Reviewed, no changes. Last detailed document date:01/13/2022.

### Family History
Patient reports there is no relevant family history.

### Social History:
Reviewed, no changes. Last detailed document date: 01/13/2022.

### Systemic Medications

| Medication | Sig Description | Start Date | Stop Date |
|---|---|---|---|
| atorvastatin 10 mg tablet | take 1 tablet by oral route every day | | |
| ibuprofen 100 mg tablet | take 2 tablet by oral route every 4 - 6 hours as needed with food | | |
| lisinopril 2.5 mg tablet | take 1 tablet by oral route | | |

| metformin 500 mg tablet | every day<br>take 1 tablet by oral route 2<br>times every day with morning<br>and evening meals |
|---|---|

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN | | | |

## Visual Acuity - Current Visit

**OD Distance & Intermediate**

| SC | CC | PH | Super PH | Int sc | Int cc | Other |
|---|---|---|---|---|---|---|
| HM | | | | | | |

**OD Near**

| SC | CC | PH | Other |
|---|---|---|---|
| | | | |

**OD Comments**

| Correction | Method | Taken By | Comments |
|---|---|---|---|
| | | Alex<br>Oduro-Kusi | |

**OS Distance & Intermediate**

| SC | CC | PH | Super PH | Int sc | Int cc | Other |
|---|---|---|---|---|---|---|
| 20/25  -2 | | | | | | |

**OS Near**

| SC | CC | PH | Other |
|---|---|---|---|
| | | | |

**OS Comments**

| Correction | Method | Taken By | Comments |
|---|---|---|---|
| | | Alex<br>Oduro-Kusi | |

**VA OU**

| DVA SC | DVA CC | Super PH | Int va SC | Int va CC | Nva SC | Nva CC |
|---|---|---|---|---|---|---|
| | | | | | | |

**OU Comments**

| Correction | Method | Taken By | Comments |
|---|---|---|---|
| | | Alex<br>Oduro-Kusi | |

## Dilation and Other Medications

| Date | Medication | Eye | Time | By | Comment |
|---|---|---|---|---|---|
| 09/30/2022 | dilated with Tropicamide 1% | OU | 8:29 AM | Alex<br>Oduro-Kusi | |

## All Side Effects

Lonnie George, Born: 09/09/1962          Page # 2

Patient and/or parent/guardian was advised of all side effects associated with dilation

## IOP Summary  mm HG and kPa

| Date | Time | Method | OD mmHg | OD kPa | OS mmHg | OS kPa | Measure by | Dilation | Comment |
|------|------|--------|---------|--------|---------|--------|------------|----------|---------|
| 09/30/ 2022 | 8:29 AM | Tonopen | 11 | | 12 | | Alex Oduro-Kusi | | |

## Physical Examination
Patient's mood/affect is normal. Patient is oriented to person, place and time.

### External Examinations
Pupils:
|       | OD | pupils equal, round, reactive, no APD |
|       | OS | pupils equal, round, reactive, no APD |

Confrontational Visual Fields:
|       | OD | unable to see fingers |
|       | OS | confrontation fields full to finger counting |

Motility:
|       | OD | EOM is full |
|       | OS | EOM is full |

Adnexa:
|       | OD | adnexa normal |
|       | OS | adnexa normal |

Eye Lids:
|       | OD | lids and lashes normal |
|       | OS | lids and lashes normal |

Slit Lamp Examination:
Conjunctiva:
|       | OD | white and quiet |
|       | OS | white and quiet |

Cornea:
|       | OD | normal endothelium, epithelium, stroma and tear film |
|       | OS | normal endothelium, epithelium, stroma and tear film |

Iris:
|       | OD | iris normal |
|       | OS | iris normal |

Anterior Chamber:
|       | OD | anterior chamber is deep and quiet |
|       | OS | anterior chamber is deep and quiet |

Lens:
|       | OD | mature cat |
|       | OS | nuclear sclerosis 1+ |

### Fundus Examination

Vitreous:

Lonnie George, Born: 09/09/1962          Page # 3

14

|  | | |
|---|---|---|
|  | **OS** | vitreous clear |
| Optic Nerve: | | |
|  | **OD** | no view |
|  | **OS** | flat, sharp, good color |
| CD Ratio: | | |
|  | **OS** | |
|  | | Horizontal: .3 |
|  | | Vertical: .3 |
| Macula: | | |
|  | **OS** | flat, no hemorrhages, exudates, pigmentary changes, or no macular edema |
| Retinal Vessels: | | |
|  | **OS** | normal vessels |
| Periphery: | | |
|  | **OS** | flat x 360 degrees, no RD, no holes |

## Health Maintenance
**IOP Check:** 09/30/2022
**Dilated Exam:** 09/30/2022
**Pachymetry:** 01/13/2022
**OCT:** 01/13/2022

## Impression/Plan:

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Age-related hypermature cataract of right eye (H25.21). |
|  | Impression | Age-related hypermature cataract of right eye: H25.21. |
|  | Plan | Cataract's account for pt complaints today. Discussed diagnosis in detail with patient. Discussed risks, benefits and outcome of cataract surgery. Visual outcome cannot be guaranteed. Discussed IOL options with patient. Discussed the need for glasses after surgery with any IOL. Discussed post op restrictions with patient. Patient expressed understanding and elects to proceed with surgery. Testing done today. IOL master reviewed for accuracy. |
|  |  | Phaco, IOL traditional OD |
|  |  | POV: ESG |
|  |  | Lens: DCBOO 22.0 |
|  |  | Eye: OD |
|  |  | Surgeon: Smith |
|  |  | POV: ESG |
|  |  | T-blue, Trimoxi |

## Instructions/Education:

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 09/30/2022 | Impression/Plan | |

## Encounter Reviewed:

| | |
|---|---|
| Home - Oph | Tech reviewed: Alex Oduro-Kusi 09/30/2022 8:30 AM |
| CC-HPI-ROS - Oph | Tech reviewed: Alex Oduro-Kusi 09/30/2022 8:31 AM |
| History - Oph | Tech reviewed: Alex Oduro-Kusi 09/30/2022 8:30 AM |

Lonnie George, Born: 09/09/1962          Page # 4

| Tech Exam - Oph | Tech reviewed: Alex Oduro-Kusi  09/30/2022  8:23 AM |
| Exam - Oph | Tech reviewed: Heaven Roden  09/30/2022  9:22 AM |

_____

Signature:  Brian D. Smith MD
*Provider:*
Smith, Brian D 09/30/2022 9:27 AM

**Document generated by:  Heaven Roden  09/30/2022**

Eye Specialty Group
825 Ridge Lake Blvd., Memphis, TN 38120

Electronically signed by Brian D. Smith MD on 10/04/2022 10:17 AM



| | | Patient Name:   GEORGE, LONNIE |
| | | Medical Record Number:   43548325 |
| | | Financial Number:   77100440 |

| Methodist Hospital - | University | | Admit Date: | 10/19/2022 |
| 1265 Union Ave. | | | Discharge Date: | 10/19/2022 |
| Memphis | TN | 38104 | Date of Birth: | 9/9/1962 |

## Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| NM-22-0014285 | 10/19/2022 14:38 CDT | NM Tumor Imag PET w/CT Skull to Midthigh | Gill ,Naveed A,MD | Auth (Verified) |

CPT code
78815
A9594
Q9967

CDM code
101113
101242
89571
90064

**Reason For Exam**
(NM Tumor Imag PET w/CT Skull to Midthigh) Other, Enter in Comments

**Read**
CLINICAL INFORMATION / HISTORY: 60-year-old male with newly diagnosed prostate cancer and an elevated PSA suspicious for metastasis.

INDICATION: Initial staging

EXAMINATION: NM TUMOR IMAG PET W/CT SKULL TO MIDTHIGH, 10/19/2022 12:30 PM, NM220014285

COMPARISON: None.

TECHNIQUE: 6.55 millicuries of 68-Ga-gozetotide (PSMA-11) was administered via a right antecubital IV. Following 65 minutes of uptake time, PET-CT images were acquired from the mid-thighs through the skull base with arms above the head and. This protocol was chosen based on clinical information provided by the referring physician. A diagnostic quality CT scan utilizing 93 cc Isovue-370 IV contrast was used for attenuation correction. Digital PET acquisition was performed of the same field of view. Rotating MIP reformatted images were also created for review.

FINDINGS:
QUALITY of the study is good.

HEAD AND NECK:
There is intense physiologic activity in the lacrimal and salivary glands. There is low-grade physiologic activity in the larynx, thyroid, and nasal mucosal. Faint activity within the intracranial dural venous sinuses reflects residual blood pool activity.

CHEST:



Patient Name:   GEORGE, LONNIE
Medical Record Number:   43548325
Financial Number:   77100440

| | |
|---|---|
| Methodist Hospital - | University |

1265 Union Ave.
Memphis          TN          38104

Admit Date:          10/19/2022

Discharge Date:          10/19/2022

Date of Birth:          9/9/1962

---

## *Radiology*

**Read**
Faint blood pool activity is physiologic. Faint physiologic activity is present at the cervicothoracic (stellate) ganglia.

Noncalcified pulmonary nodules are favored benign:
4 mm right middle lobe nodule, image 418 series 3
9 mm major fissure nodule, image 422 series 3
7 mm nodule right minor fissure, image 431 series 3
5 x 11 mm left upper lobe nodule, image 370 series 3

ABDOMEN AND PELVIS:
There is physiologic intense renal activity without focal masses.  No hydronephrosis. There is intense excreted tracer within the urinary bladder.

Tracer avid foci are noted within both the right and left prostate suspicious for malignancy.

Tracer avid nodes representing nodal metastasis:
Right internal iliac, image 233 series 1401
Left external iliac, image 229 series 1401
Left common iliac, image 218 series 1401
Right common iliac, image 216 series 1401
Left common iliac, image 211 series 1401
Right pericaval, image 193 series 1201
Left periaortic, image 193 series 1401
Left periaortic, image 189 series 1401
Left periaortic, image 187 series 1401
Left periaortic, image 181 series 1401

Mild physiologic activity is present at the celiac ganglia and sacral ganglia.

Physiologic heterogeneous moderate to intense activity is present in the liver and spleen.  There is mild physiologic small bowel activity.

MUSCULOSKELETAL:
Subtle foci within bones are nonspecific:
Cervical spine, image 55 series 1401
Left posterior third rib, image 74 series 1401

IMPRESSION:
1. Tracer avid foci within both the right and left prostate suspicious for prostate malignancy.
2. Bilateral pelvic and retroperitoneal nodal metastasis.
3. Subtle tracer avid foci within the cervical spine and left posterior third rib could represent osseous metastasis but this is not a confident diagnosis as there are no suspicious bone lesions on CT and there are no significant pelvic or other spinal skeletal lesions to favor metastasis.
4. Small pulmonary lesions are favored benign. These can be followed with CT to confirm stability on future surveillance

exams.



| | | | Patient Name:   GEORGE, LONNIE |
|---|---|---|---|
| | | | Medical Record Number:   43548325 |
| | | | Financial Number:   77100440 |
| Methodist Hospital - | University | | Admit Date:   10/19/2022 |
| 1265 Union Ave. | | | Discharge Date:   10/19/2022 |
| Memphis | TN | 38104 | Date of Birth:   9/9/1962 |

| *Radiology* |
|---|

**Read**

"This patient may be released based on the guidelines established in the state Division of Radiological Health regulations, Release of Patients Containing Radioactive Drugs or Implants."

Procedure performed with dual-headed camera and completed using appropriate computer software.

All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight-based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

NUCLEAR MEDICINE

This report was dictated at Workstation ID: PLA1207
*Dictation Date/Time:  10/20/22 10:08 am*

*Dictating Radiologist   :  Hutchins , Eric Burton, MD*
*Signing Radiologist      :  Hutchins , Eric Burton, MD*
*Final Signed Date/Time: 10/20/22 10:05 am*

*\*\*\*\*\*\* Final Electronic Signature Line \*\*\*\*\*\*\**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GEORGE, LONNIE EDWARD | | | Reg #: 29674-076 |
| Date of Birth: | 09/09/1962 | Sex: M   Race: WHITE | | Facility: MEM |
| Encounter Date: | 01/20/2023 15:48 | Provider: Bernard, Andrew PharmD | | Unit: D06 |

Pharmacy Note - Comprehensive Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Bernard, Andrew PharmD

Chief Complaint:  Oncology
Subjective:      Pt with metastatic prostate cancer here to receive medication and counseling on his condition and medication. Clinical Director present for visit.
**Pain:**          Not Applicable

---

**OBJECTIVE:**

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/20/2023 | 15:49 MEM | 123/70 | | | | Bernard, Andrew PharmD |

**Comments**

Pt diagnosed several months ago with metastatic prostate cancer on biopsy. MD ordered medication Xtandi, NFR approved, medication ordered yesterday and received today. No records from Oncologist found. Will follow up with this next week.

Counseled pt on his condition, likelihood of cure, need for transfer to appropriate care level, and plan of treatment going forward. Pt to start Xtandi today. Pt states he received an injectible hormone while at the doctor that would last 6 months. Eligard (Leuprolide) was ordered as we were aware that another medication besides Xtandi was necessary, but had no records indicating which was recommended by the oncologist. Holding order, waiting to make contact with oncologist. Next dose is due in 6 months, around 7/18/23. Consider switch to Eligard at that time after consulting with Oncologist.

Pt states he has bone metastases as well on MRI. Need results of MRI, however a bisphosphonate would be recommended in addition to calcium and his other treatments. Once results return and oncologist can be contacted, we will proceed with plan of care based on their recommendations.

CD stated she would put him in for transfer to a care level 4 facility that is better equipped to treat his condition. Pt advised us that he was denied for compassionate release because of insufficient information, and would be putting back in for it.

**ASSESSMENT:**

Medication Review

**PLAN:**

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | *Leuprolide Acetate Subcutaneous  (30 day)* | *01/20/2023 15:48* |

**Prescriber Order:**      *7.5mg Subcutaneously  Once a month x 30 day(s) Pill Line Only -- Metastatic prostate cancer treatment - note pt has DM well controlled on Metformin 500mg daily*

| Inmate Name: | GEORGE, LONNIE EDWARD | | | Reg #: | 29674-076 |
| Date of Birth: | 09/09/1962 | Sex: | M   Race:   WHITE | Facility: | MEM |
| Encounter Date: | 01/20/2023 15:48 | Provider: | Bernard, Andrew PharmD | Unit: | D06 |

**Discontinued Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Discontinue Type: | *When Pharmacy Processes* | |
| | Discontinue Reason: | *discontinue* | |
| | Indication: | | |

**Disposition:**

    Follow-up in 1 Month
    Follow-up in 6 Months

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/23/2023 | Medication | Enzalutamide Oral Tablet 80 MG | Bernard, Andrew | Verbalizes Understanding |

**Copay Required:** No         **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes   **By:**   Gill, Naveed (MAT) MD,CD

**Telephone or Verbal order read back and verified.**

Completed by Bernard, Andrew PharmD on 01/23/2023 11:04

Requested to be cosigned by  Gill, Naveed (MAT) MD,CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GEORGE, LONNIE EDWARD | | Reg #: | 29674-076 |
| Date of Birth: | 09/09/1962 | Sex: M    Race: WHITE | Facility: | MEM |
| Note Date: | 01/23/2023 11:34 | Provider:   Gill, Naveed (MAT) MD, | Unit: | D06 |

Cosign Note - Evaluation encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Gill, Naveed (MAT) MD,CD

inmate seen with Pharmacist. Inmate was previously under care of Dr Benitez who no longer works here. This visit was to establish care and come up with a plan for treatment for inmates disseminated prostatic cancer. Inmate counseled for about 30 minutes by clinical pharmacist and CD. Discussed all aspects of chemotherapy, f/u prognosis, alternatives, pain control and comfort measures. Inmate understands. Seems a little apprehensive and anxious which seems appropriate to the gravity of the situation. Will also refer to psychology for support. Will place on MLP schedule monthly to f/u  for side effects or worsening of disease.


Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 02/15/2023 00:00 | MLP 01 |
| undergoing chemotherapy. F/U FOR COMPLIANCE, COMPLICATIONS. | | |
| Follow-up | 04/15/2023 00:00 | MLP 01 |
| undergoing chemotherapy. F/U FOR COMPLIANCE, COMPLICATIONS. | | |
| Follow-up | 06/15/2023 00:00 | MLP 01 |
| undergoing chemotherapy. F/U FOR COMPLIANCE, COMPLICATIONS. | | |
| Follow-up | 08/15/2023 00:00 | MLP 01 |
| undergoing chemotherapy. F/U FOR COMPLIANCE, COMPLICATIONS. | | |
| Follow-up | 10/15/2023 00:00 | MLP 01 |
| undergoing chemotherapy. F/U FOR COMPLIANCE, COMPLICATIONS. | | |
| Follow-up | 12/15/2023 00:00 | MLP 01 |
| undergoing chemotherapy. F/U FOR COMPLIANCE, COMPLICATIONS. | | |
| Follow-up | 02/15/2024 00:00 | MLP 01 |
| undergoing chemotherapy. F/U FOR COMPLIANCE, COMPLICATIONS. | | |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Gill, Naveed (MAT) MD,CD on 01/23/2023 11:49

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GEORGE, LONNIE EDWARD | | | Reg #: | 29674-076 |
| Date of Birth: | 09/09/1962 | Sex: | M      Race: WHITE | Facility: | MEM |
| Note Date: | 01/24/2023 13:16 | Provider: | Gill, Naveed (MAT) MD, | Unit: | D06 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Gill, Naveed (MAT) MD,CD

Inmate has a diagnosis of disseminated prostatic cancer. Started on chemotherapy 1/20/23. I assumed his care at that time. Inmate was previously under care of Dr Benitez. Inmate has sparse medical records and notes. Have contacted his oncologist Dr Ahmed  and am awaiting his response to form a plan of care. Have also requested his complete records.

Discussed pain management for possible mets to bones. Will start on Cymbalta and Tylenol

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | DULoxetine Delayed Release Capsule | 01/24/2023 13:16 |

**Prescriber Order:**    30 Orally  -   daily x 180 day(s)

Indication:   Malignant neoplasm of prostate

| | | |
|---|---|---|
| | Acetaminophen 325 MG Tablet | 01/24/2023 13:16 |

**Prescriber Order:**    325 Orally  -   Two Times a Day PRN x 180 day(s) -- Met in bone. CCC VERIFIED

Indication:   Pain, unspecified

**Copay Required:** No                 **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Gill, Naveed (MAT) MD,CD on 01/24/2023 13:19

**Bureau of Prisons**

**Health Services**

**Health Problems**

Reg #:  29674-076                    Inmate Name:  GEORGE, LONNIE EDWARD

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**LTBI Prophy History Prior to BOP - with documentation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/12/2022 14:04 EST  Boykins, Antonial EMT/IDC/IOP | | ICD-10 | 795.5G | 10/12/2022 | Current | |

    LTBI Prophy completed 2004 Georgia State Prison

**Malignant neoplasm of prostate**

| 11/07/2022 15:29 EST  Benitez, J. MD | | ICD-10 | C61 | 06/02/2022 | Current | |
|---|---|---|---|---|---|---|

    METASTATIC Prostate Adenocarcinoma, Gleason 4+3

| 06/21/2022 16:29 EST  Benitez, J. (MAT) MD | | ICD-10 | C61 | 06/02/2022 | Current | |
|---|---|---|---|---|---|---|

    Acinar Adenocarcinoma (bilateral prostate cores), grade group 3;  Gleason 7

**Type 2 diabetes mellitus**

| 09/28/2022 11:48 EST  Benitez, J. MD | | ICD-10 | E119 | 09/28/2022 | Current | |
|---|---|---|---|---|---|---|

**Hyperlipidemia, unspecified**

| 10/06/2021 14:28 EST  Benitez, J. (MAT) MD | | ICD-10 | E785 | 10/06/2021 | Current | |
|---|---|---|---|---|---|---|

**Unspecified cataract**

| 07/14/2022 09:40 EST  Knight, Brian Optometrist | | ICD-10 | H269 | 07/14/2022 | Current | |
|---|---|---|---|---|---|---|

**Low vision, both eyes**

| 12/07/2021 10:26 EST  Browne, J FNP-C | | ICD-10 | H542 | 12/07/2021 | Current | |
|---|---|---|---|---|---|---|

**Low vision, one eye, normal vision other eye**

| 07/14/2022 09:40 EST  Knight, Brian Optometrist | | ICD-10 | H5450 | 07/14/2022 | Current | |
|---|---|---|---|---|---|---|

**Essential (primary) hypertension**

| 10/06/2021 14:28 EST  Benitez, J. (MAT) MD | | ICD-10 | I10 | 10/06/2021 | Current | |
|---|---|---|---|---|---|---|

**Gastro-esophageal reflux disease with esophagitis, without bleeding**

| 10/20/2022 10:20 EST  Benitez, J. MD | | ICD-10 | K2100 | 10/13/2022 | Current | |
|---|---|---|---|---|---|---|

**Barrett's esophagus with dysplasia**

| 11/09/2022 10:02 EST  Benitez, J. MD | | ICD-10 | K22719 | 10/13/2022 | Current | |
|---|---|---|---|---|---|---|

    presumptive- esophagitis including Barrett's- imaging pending

| 10/20/2022 10:20 EST  Benitez, J. MD | | ICD-10 | K22719 | 10/13/2022 | Current | |
|---|---|---|---|---|---|---|

**Disease of esophagus, unspecified**

Reg #:  29674-076                      Inmate Name:  GEORGE, LONNIE EDWARD

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 11/09/2022 10:02 EST  Benitez, J. MD<br>presumptive stricture | | ICD-10 | K229 | 11/07/2022 | Current | |
| Constipation, unspecified | | | | | | |
| 10/20/2022 10:22 EST  Benitez, J. MD<br>worsening | | ICD-10 | K5900 | 10/13/2022 | Current | |
| Polyp of colon | | | | | | |
| 10/20/2022 10:22 EST  Benitez, J. MD<br>precancerous removed. | | ICD-10 | K635 | 2016 | Current | |
| Cellulitis, unspecified | | | | | | |
| 11/16/2022 16:08 EST  Browne, J FNP-C<br>rt heel | | ICD-10 | L0390 | 11/16/2022 | Current | |
| Disorder of prostate, unspecified | | | | | | |
| 11/07/2022 15:31 EST  Benitez, J. MD<br>Prostate Cancer (biopsy cancer) | | ICD-10 | N429 | 12/27/2021 | Current | |
| 12/27/2021 16:48 EST  Benitez, J. (MAT) MD<br>elevated PSA | | ICD-10 | N429 | 12/27/2021 | Current | |
| Dysphagia, unspecified | | | | | | |
| 11/09/2022 10:02 EST  Benitez, J. MD<br>liquids and solids | | ICD-10 | R1310 | 10/13/2022 | Current | |
| 10/20/2022 10:20 EST  Benitez, J. MD<br>Presumptive Barrett's disease | | ICD-10 | R1310 | 10/13/2022 | Current | |
| Abnormal finding of blood chemistry, unspecified | | | | | | |
| 11/09/2022 10:02 EST  Benitez, J. MD<br>PSA | | ICD-10 | R799 | 12/27/2021 | Current | |
| 12/27/2021 16:48 EST  Benitez, J. (MAT) MD<br>elevated PSA 9.47- confirmed on repeat (FMHX prostate CA) | | ICD-10 | R799 | 12/27/2021 | Current | |
| Foreign body in respiratory tract | | | | | | |
| 12/08/2022 12:36 EST  Benitez, J. MD<br>choking/partial obstruction | | ICD-10 | T17908 | 07/21/2022 | Current | |
| 07/21/2022 13:04 EST  Benitez, J. MD<br>choking | | ICD-10 | T17908 | 07/21/2022 | Current | |

## Remission

| | | | | | | |
|---|---|---|---|---|---|---|
| Pain, unspecified | | | | | | |
| 04/07/2022 14:52 EST  Benitez, J. (MAT) MD<br>left side sinus/eye | | ICD-10 | R52 | 03/29/2022 | Remission | 04/07/2022 |

Reg #:  29674-076                    Inmate Name:  GEORGE, LONNIE EDWARD

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 04/07/2022 14:50 EST  Benitez, J. (MAT) MD | | ICD-10 | R52 | 03/29/2022 | Remission | 04/07/2022 |
| 03/29/2022 11:27 EST  Browne, J FNP-C | | ICD-10 | R52 | 03/29/2022 | Current | |
| Pain, unspecified | | | | | | |
| 12/27/2021 16:48 EST  Benitez, J. (MAT) MD | | ICD-10 | R52 | 12/15/2021 | Remission | 12/27/2021 |
| 12/15/2021 11:02 EST  Browne, J FNP-C | | ICD-10 | R52 | 12/15/2021 | Current | |

## Resolved

| | | | | | | |
|---|---|---|---|---|---|---|
| Influenza-Like-Illness (ILI) | | | | | | |
| 12/01/2022 09:41 EST  Boykins, Antonial EMT/IDC/IOP | III | ICD-10 | 488.1A | 11/25/2022 | Resolved | 12/01/2022 |

## Current

| | | | | | | |
|---|---|---|---|---|---|---|
| ~~Disorder of kidney and ureter, unspecified~~ | | | | | | |
| ~~11/07/2022 15:30 EST  Benitez, J. MD~~ | | ~~ICD-10~~ | ~~N289~~ | ~~06/03/2022~~ | ~~Current~~ | |
| ~~s/p prostate biopsy~~--prostate Cancer | | | | | | |
| 06/03/2022 13:18 EST  Gill, Naveed (MAT) MD,CD | | ICD-10 | N289 | 06/03/2022 | Current | |
| s/p prostate biopsy | | | | | | |

**Total:** 22