# EXHIBIT 4



| Summary Reentry Plan - Progress Report | SEQUENCE: 00358617 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Report Date: 02-20-2023 |
| Plan is for inmate: GEORGE, LONNIE EDWARD  29674-076 | |



| Facility: | MEM  MEMPHIS FCI | Custody Level: | IN |
|---|---|---|---|
| Name: | GEORGE, LONNIE EDWARD | Security Level: | MEDIUM |
| Register No.: | 29674-076 | Proj. Rel Date: | 08-26-2030 |
| Quarters: | D06-314U | Release Method: | GOOD |
| Age: | 60 | DNA Status: | PREBOP TST / 08-31-2021 |
| Date of Birth: | 09-09-1962 | | |

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:841(A)(1),846 CONSPIRACY TO DISTRIBUTE & POSSESS W/INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF ACTUAL METHAMPHETAMINE CNT1 | 140 MONTHS |

Date Sentence Computation Began:     08-25-2021
Sentencing District:     TENNESSEE, WESTERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /    0 /    0 | 108 | Years: 2  Months: 5  Days: 5 | + 343     JC  - 0     InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Pending Charges

Aggravated Rape, Domestic Aggravated Assault Docket#19428, Gibson County Circuit Court, Trenton, TN.
Possession of Methamphetamine w/Intent to Manf/Sell/Del Docket #19429 and Money Laundering and Docket #19457.

### Program Plans

INMATE GEORGE IS A U. S. COURT COMMITMENT SENTENCED IN THE WESTERN DISTRICT OF TENNESSEE TO A 140 MONTH SENTENCE FOR CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF ACTUAL METHAMPHETAMINE.

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 10-06-2021 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 01-12-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-12-2023 |
| N-COGNTV Y | NEED - COGNITIONS YES | 01-12-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 10-06-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 01-12-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 01-12-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 01-12-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-12-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 01-12-2023 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 01-12-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 01-12-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 01-12-2023 |
| N-WORK Y | NEED - WORK YES | 01-12-2023 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 01-12-2023 |

### FSA Comments

FSA ELIGIBLE
RECIDIVISM-MEDIUM RISK

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MEM | UUNASSG | UNASSIGNED | 01-31-2023 |



| | **Summary Reentry Plan - Progress Report** | SEQUENCE: 00358617 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Report Date: 02-20-2023 |
| | Plan is for inmate: GEORGE, LONNIE EDWARD  29674-076 | |

**Work Assignment Summary**

SINCE HIS ARRIVAL AT FCI MEMPHIS ON 10-6-2021, HE HAS NOT OBTAINED ANY INSTITUTIONAL EMPLOYMENT.

**Current Education Information**

| Facl | Assignment | Description | Start | |
|---|---|---|---|---|
| MEM | ESL HAS | ENGLISH PROFICIENT | 10-19-2021 | |
| MEM | GED EN | ENROLL GED NON-PROMOTABLE | 10-19-2021 | |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MEM | C | SPORTS INJURY AVOIDANCE-SEMINR | 05-31-2022 | 08-24-2022 |
| MEM | C | RE/IND.STDY/MONEY MGMT SKILLS | 03-01-2022 | 04-01-2022 |
| MEM | C | RPP 1 AIDS AWARENESS | 11-17-2021 | 11-17-2021 |

**Education Information Summary**

SINCE HIS ARRIVAL AT FCI MEMPHIS, INMATE GEORGE HAS ENROLLED AND COMPLETED ONE (1) INDEPENDENT STUDY COURSE AND ONE (1) RECREATION COURSE.  IMMATE GEORGE IS A PARTICIPANT OF THE DRUG EDUCATION COURSE.

**Discipline Reports**

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Discipline Summary**

SINCE HIS ARRIVAL AT FCI MEMPHIS, INMATE GEORGE HAS REMAINED INCIDENT FREE.

**ARS Assignments**

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 01-31-2023 | CURRENT |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 01-18-2023 | 01-31-2023 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 12-08-2022 | 01-18-2023 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 11-16-2022 | 12-08-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 11-03-2022 | 11-16-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 10-19-2022 | 11-03-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 10-13-2022 | 10-19-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 09-30-2022 | 10-13-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 07-21-2022 | 09-30-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 07-07-2022 | 07-21-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 06-02-2022 | 07-07-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 06-01-2022 | 06-02-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 04-19-2022 | 06-01-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 02-24-2022 | 04-19-2022 |
| MEM | A-DES | OTHER AUTH ABSENCE RETURN | 01-13-2022 | 02-24-2022 |
| MEM | A-DES | US DISTRICT COURT COMMITMENT | 10-06-2021 | 01-13-2022 |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-06-2021 |
| CARE4 | MRC CARE REQUIRED | 01-18-2023 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-03-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-03-2022 |

**Current PTP Assignments**

| Assignment | Description | Start |
|---|---|---|

NO ASSIGNMENTS

Sentry Data as of 02-20-2023        Summary Reentry Plan - Progress Report        Page 2 of 4



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GEORGE, LONNIE EDWARD   29674-076

SEQUENCE: 00358617
Report Date: 02-20-2023

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED PART R | DRUG EDUCATION PARTICIPNT-REQD | 10-20-2022 |

### Physical and Mental Health Summary

INMATE GEORGE IS NOW CATEGORIZED AS A CARE LEVEL 4, AWAITING TRANSFER TO A MEDICAL FACILITY. HE IS CATEGORIZED AS A CARE LEVEL 1 MENTAL HEALTH.

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** NO OBLG   FINANC RESP-NO        **Start:** 05-23-2022
**Inmate Decision:** AGREED   $25.00          **Frequency:** QUARTERLY
**Payments past 6 months:** $0.00        **Obligation Balance:** $0.00

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $75.00 | IMMEDIATE | EXPIRED |

*\*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\**

### Financial Responsibility Summary

INMATE GEORGE NO LONGER HAS ANY FINANCIAL OBLIGATIONS WITH THE INMATE FINANCIAL RESPONSIBILITY PROGRAM.

### Release Planning

INMATE GEORGE WILL RETURN TO HIS ORIGINAL SENTENCING TO RESIDE WITH HIS DAUGHTER IN MEMPHIS, TN.

### General Comments

INMATE GEORGE HAS 5 YEARS OF SUPERVISED RELEASE.

Case 1:16-cr-10063-JDB Document 155-4 Filed 07/10/23 Page 5 of 12 PageID 1078



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GEORGE, LONNIE EDWARD  29674-076

SEQUENCE: 00358617
Report Date: 02-20-2023

Name: GEORGE, LONNIE EDWARD
Register Num: 29674-076
Age: 60
Date of Birth: 09-09-1962
DNA Status: PREBOP TST / 08-31-2021

X __Space w/ Inmate_____
Inmate  (GEORGE, LONNIE EDWARD, Register Num: 29674-076)

_____
Date

_____
Chairperson

_____
Date

_____
Case Manager

_____
Date

Summary Reentry Plan - Progress Report    Page 4 of 4

4

```
   MEMCF  540*23 *          SENTENCE MONITORING          *     02-20-2023
   PAGE 001       *          COMPUTATION DATA            *     12:35:56
                             AS OF 02-20-2023

REGNO..: 29674-076 NAME: GEORGE, LONNIE EDWARD


FBI NO............: 110378MA4         DATE OF BIRTH: 09-09-1962  AGE:  60
ARS1..............: MEM/A-DES
UNIT..............: DELTA             QUARTERS.....: D06-314U
DETAINERS.........: NO                NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 02-26-2030

THE INMATE IS PROJECTED FOR RELEASE: 08-26-2030 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: TENNESSEE, WESTERN DISTRICT
DOCKET NUMBER...................: 1:16CR10063-01-JDB
JUDGE...........................: BREEN
DATE SENTENCED/PROBATION IMPOSED: 05-04-2017
DATE COMMITTED..................: 10-06-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:   391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:841(A)(1),846 CONSPIRACY TO DISTRIBUTE & POSSESS W/INTENT
         TO DISTRIBUTE 50 GRAMS OR MORE OF ACTUAL METHAMPHETAMINE CNT1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    140 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 05-20-2016




G0002       MORE PAGES TO FOLLOW . . .
```

```
     MEMCF  540*23 *           SENTENCE MONITORING            *     02-20-2023
   PAGE 002 OF 002 *           COMPUTATION DATA               *     12:35:56
                                AS OF 02-20-2023

   REGNO..: 29674-076 NAME: GEORGE, LONNIE EDWARD



   ------------------------CURRENT COMPUTATION NO: 010 ------------------------

   COMPUTATION 010 WAS LAST UPDATED ON 09-28-2021 AT DSC AUTOMATICALLY
   COMPUTATION CERTIFIED ON 11-04-2021 BY DESIG/SENTENCE COMPUTATION CTR

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   CURRENT COMPUTATION 010: 010 010

   DATE COMPUTATION BEGAN..........: 08-25-2021
   TOTAL TERM IN EFFECT............:    140 MONTHS
   TOTAL TERM IN EFFECT CONVERTED..:     11 YEARS       8 MONTHS
   EARLIEST DATE OF OFFENSE........: 05-20-2016

   JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                       07-01-2016    06-08-2017

   TOTAL PRIOR CREDIT TIME.........: 343
   TOTAL INOPERATIVE TIME..........: 0
   TOTAL GCT EARNED AND PROJECTED..: 629
   TOTAL GCT EARNED................: 108
   STATUTORY RELEASE DATE PROJECTED: 08-26-2030
   ELDERLY OFFENDER TWO THIRDS DATE: 06-26-2028
   EXPIRATION FULL TERM DATE.......: 05-16-2032
   TIME SERVED.....................:      2 YEARS       5 MONTHS       5 DAYS
   PERCENTAGE OF FULL TERM SERVED..: 20.8
   PERCENT OF STATUTORY TERM SERVED: 24.4

   PROJECTED SATISFACTION DATE.....: 08-26-2030
   PROJECTED SATISFACTION METHOD...: GCT REL

   REMARKS.......: PAROLED FROM STATE B/RLB;




   G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

6

```
MEMCF                *          INMATE DISCIPLINE DATA          *      02-20-2023
PAGE 001 OF 001 *       CHRONOLOGICAL DISCIPLINARY RECORD        *      12:36:58

REGISTER NO: 29674-076 NAME..: GEORGE, LONNIE EDWARD
FUNCTION...: DIS       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-20-2023
                       RSP OF: MEM-MEMPHIS FCI




G5401      DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

## FSA Needs Reassessment
Register Number:29674-076, Last Name:GEORGE

**U.S. DEPARTMENT OF JUSTICE**             **FEDERAL BUREAU OF PRISONS**

```
Register Number: 29674-076            Responsible Facility: MEM
Inmate Name                           Assessment Date.....: 01/17/2022
   Last.........: GEORGE
   First........: LONNIE
   Middle.......: EDWARD
   Suffix.......:
Gender.........: MALE
```

**Needs Reassessment Worksheet Summary**

| Need Area | Before/After | Assignment | Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER R | NEED - ANGER/HOSTILITY REFUSE |
|  | After | N-ANGER R | NEED - ANGER/HOSTILITY REFUSE |
| Antisocial Peers | Before | N-ANTISO R | NEED - ANTISOCIAL PEERS REFUSE |
|  | After | N-ANTISO R | NEED - ANTISOCIAL PEERS REFUSE |
| Cognitions | Before | N-COGNTV R | NEED - COGNITIONS REFUSE |
|  | After | N-COGNTV R | NEED - COGNITIONS REFUSE |
| Education | Before | GED EN | GED EN |
|  | After | N-EDUC Y | NEED - EDUCATION YES |
| Family/Parenting | Before | N-FM/PAR R | NEED - FAMILY/PARENTING REFUSE |
|  | After | N-FM/PAR R | NEED - FAMILY/PARENTING REFUSE |
| Finance/Poverty | Before | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
|  | After | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
| Medical | Before | N-MEDICL Y | NEED - MEDICAL YES |
|  | After | N-MEDICL N | NEED - MEDICAL NO |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
|  | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
|  | After | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
| Substance Abuse | Before | ED WAIT HX | ED WAIT HX |
|  | After | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES |
| Trauma | Before | N-TRAUMA Y | NEED - TRAUMA YES |
|  | After | N-TRAUMA Y | NEED - TRAUMA YES |
| Work | Before | N-WORK Y | NEED - WORK YES |
|  | After | N-WORK Y | NEED - WORK YES |

**Needs Reassessment Worksheet Details**

Need Area: Anger/Hostility, Assignment: N-ANGER R
  No Data
------------------------------------------------------------------------
Need Area: Antisocial Peers, Assignment: N-ANTISO R
  No Data
------------------------------------------------------------------------
Need Area: Cognitions, Assignment: N-COGNTV R
  No Data

Assessment Date: 01/17/2022       (1)       Assessment# c56a4168-bf73-4d3f-ad1e-8542b761f315

## FSA Needs Reassessment
Register Number:29674-076, Last Name:GEORGE

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

Need Area: Education, Assignment: N-EDUC Y
  No Data

---

Need Area: Family/Parenting, Assignment: N-FM/PAR R
  No Data

---

Need Area: Finance/Poverty, Assignment: N-FIN PV Y
  No Data

---

Need Area: Medical, Assignment: N-MEDICL N
  Category - Assignment - Start          - Stop
  CAR          CARE1         10/06/2021 13:33

---

Need Area: Mental Health, Assignment: N-M HLTH N
  No Data

---

Need Area: Recreation/Leisure/Fitness, Assignment: N-RLF Y
  No Data

---

Need Area: Substance Abuse, Assignment: N-SUB AB Y
  Category - Assignment - Start          - Stop
  DRG          ED WAIT HX    10/13/2021 12:45
  DRG          ED WAIT RJ    10/06/2021 13:30

---

Need Area: Trauma, Assignment: N-TRAUMA Y
  No Data

---

Need Area: Work, Assignment: N-WORK Y
  No Data

Assessment Date: 01/17/2022            (2)            Assessment# c56a4168-bf73-4d3f-ad1e-8542b761f315

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:29674-076, Last Name:GEORGE

**U.S. DEPARTMENT OF JUSTICE**              **FEDERAL BUREAU OF PRISONS**

```
Register Number: 29674-076          Risk Level Inmate....: R-MED
Inmate Name                           General Level......: R-MED (53)
  Last.........: GEORGE                Violent Level......: R-LW (24)
  First........: LONNIE             Security Level Inmate: HIGH
  Middle.......: EDWARD             Security Level Facl..: MEDIUM
  Suffix.......:                    Responsible Facility.: MEM
  Gender.......: MALE               Start Incarceration..: 08/25/2021
```

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 60 | 7 | 4 |
| Walsh w/Conviction | TRUE | 2 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 17 | 40 | 15 |
| History of Escapes | 1 | 3 | 2 |
| History of Violence | 2 | 2 | 4 |
| Education Score | EnrolledInGED | -1 | -1 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | 53 | 24 |

Assessment Date: 01/12/2023          (1)          Assessment# R-2146884337

```
MEMCF            *        INMATE EDUCATION DATA        *     02-20-2023
PAGE 001 OF 001 *              TRANSCRIPT              *       12:38:15


REGISTER NO: 29674-076      NAME..: GEORGE                FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: MEM-MEMPHIS FCI


------------------------ EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
MEM   ESL HAS   ENGLISH PROFICIENT       10-19-2021 1649 CURRENT
MEM   GED EN    ENROLL GED NON-PROMOTABLE 10-19-2021 1649 CURRENT


--------------------------- EDUCATION COURSES  ---------------------------
SUB-FACL   DESCRIPTION                START DATE  STOP DATE  EVNT AC LV  HRS
MEM        SPORTS INJURY AVOIDANCE-SEMINR 05-31-2022 08-24-2022  P  C  P    2
MEM        RE/IND.STDY/MONEY MGMT SKILLS  03-01-2022 04-01-2022  P  C  P   13
MEM        RPP 1 AIDS AWARENESS           11-17-2021 11-17-2021  P  C  P    1




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

11