# EXHIBIT 5

To The Honorable Court,

    I'm writing this letter to the Honorable Court to Ask the Court to allow me Lonnie George at FCI memphis, TN to be transferred to Home Confinement for remainder of sentence Due to Prostate Cancer which has spread into my bones. The doctors say theres nothing do other than stop it from spreading. The pain in my neck is so sever that is hard to hold my head up. The meds they have me on makes me sick all the time and out of breath. I have to be pushed to pill call in a wheel Chair. Not being able to be with or even see my Kids is taking a toll on me mentally. I'm 60 years old now and want very much to spend my remaining time on this earth with my kids and Grandkids.

    I would like to make up for not being there as much as I can. I made alot of really stupid mistakes in my life. I first tried meth when I was 38 years old working as a contractor 15 hr days on Construction jobs overseeing about 100 workers. Other guys were doing it and I was offered some and it just made me stay up.

1

②

And seem like I could go forever. Doing that drug and working all them hours kept me away from what was really Important (my family) My addiction isolated me. I didn't go to family get-to-gethers. So I missed most of the time being with my kids. I wish to God I had been a better father. I feel as I don't even know them now. Even my Community I should know better. Since being diagnosed with cancer I've come to realize what I have done to the people arround me and my family. I've had alittle over 7 years now locked up and If given the chance I would like to give back to the Community as much as I'm able to. To get out of Prison and spend my last days doing good and what's right would be a blessing. I would spend my time with my kids and Grandkids and family
 I call my daughter (Tiffany) so much that she tells other people (I Love dad but god he calls me everyday) I just miss my kids so much that I have to hear their voices everyday.

2

③

I plan on going back to my family home there in Trenton, TN. I plan on marrying Debra Keathley. She is a source of stability and inspiration in my life. She sends me cards with scripture on them and tells me bible passages to read everyday. We also pray together everyday on the phone. She teaches class at Gibson County Jail once a week for Chris Smith of Teen Challege. Chris says he will help me with my sobriety. Chris's phone no. is 731-244-1449. I have no desire to use any longer. I will submit to Drug test everyday if need to be. I've always been an excelent worker. If I am able I'll be going to AA and NA 3 or 4 times a week. I'll start a Property management business and leave it to my kids to run after I'm gone. I'm begging the Court to give me a chance to prove myself to My family and the court that I can be that guy who every one points at and says (Wow) he sure made a change in his and many others lives. Thank you Your honor for your time.

Lonnie Gene