# EXHIBIT 6

1099 NEW YORK AVE NW #900, WASHINGTON, D.C. 20001                                          JENNER&BLOCK LLP

February 17, 2023

David DeBruin
(202) 639-6015
DDeBruin@jenner.com

F.J. Bowers
FCI Memphis
Federal Correctional Institution
1101 John A Denie Road
Memphis, TN 38134

Abraham Kanter
(202) 637-6361
AKanter@jenner.com

Dear Warden Bowers,

We are counsel for inmate Lonnie Edward George (Reg. No. 29674-076). We are writing to renew Mr. George's request that BOP file a compassionate release motion asking for his sentence to be reduced to time served. Pursuant to 18 U.S.C. § 3582(c)(1)(A), Mr. George has "extraordinary and compelling" reasons that warrant his release, including a terminal illness that appears to leave him with less than 18 months to live and in need of significant medical attention. The sentencing factors listed in 18 U.S.C. § 3553, which courts take into account when deciding whether to grant compassionate release, all favor Mr. George's release. The time Mr. George has already served is sufficient given the nature of his non-violent offense and his current physical condition.

Extraordinary and Compelling Reasons

Mr. George should be released for the following "extraordinary and compelling" reasons, *see* 18 U.S.C. § 3582(c)(1)(A)(i):

- *Terminal Illness*: Mr. George, who is 60 years old, has been diagnosed with terminal prostate cancer. His cancer has spread to his lymph and pelvic nodes. Mr. George has also been informed that his cancer may have spread to his ribcage and spine. Mr. George likely has less than 18 months to live.
- *Serious Medical Conditions*: In addition to his prostate cancer, Mr. George suffers from type 2 diabetes, blindness in his right eye, reduced vision in his left eye, and blood pooling in his neck likely due to a pinched nerve. The combination of these conditions means that Mr. George is often in severe pain that makes it difficult for him to walk or participate in daily activities.
- *Inadequate Care*: While incarcerated, Mr. George has not received adequate treatment for his cancer or his other serious medical conditions. Although his prostate cancer had been diagnosed by July 2022, medical staff did not start full treatment until January 2023. Despite multiple requests, prison doctors have not prescribed appropriate medication for Mr. George's severe pain.

2/17/2023
Page 2

- *Rehabilitation*: Mr. George has been fully rehabilitated during the almost seven years in which he has been incarcerated. He has had little to no disciplinary issues while in prison. Although his ability to participate in prison programming has been limited by the COVID-19 pandemic, Mr. George recently completed a drug abuse education course. For these reasons, Mr. George would pose no danger to the community if released.

Release Plan

Upon release, Mr. George would reside with his longtime partner, Debra Keathley, in Trenton, TN. Mr. George would receive care from Ms. Keathley, as well as from his brother, his sister-in-law, and his daughter, all of whom live within driving distance of Trenton. Mr. George is currently applying for disability benefits and Medicaid, and will receive any necessary further financial support from Ms. Keathley or his family.

Please acknowledge receipt of this request, and let us know if you have any questions.

Sincerely,

Abraham G. Kanter

David W. DeBruin