# EXHIBIT 7

**Kanter, Abraham G.**

| | |
|---|---|
| **From:** | MEM-ExecAssistant-S (BOP) <MEM-ExecAssistant-S@bop.gov> |
| **Sent:** | Wednesday, February 22, 2023 2:22 PM |
| **To:** | Kanter, Abraham G. |
| **Subject:** | Re: Warden Compassionate Release Request for Lonnie Edward George (29674076) |

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Received.
2/22/23

**From:** Kanter, Abraham G. <AKanter@jenner.com>
**Sent:** Friday, February 17, 2023 2:26 PM
**To:** MEM-ExecAssistant (BOP) <MEM-ExecAssistant@bop.gov>
**Cc:** DeBruin, David W. <DDeBruin@jenner.com>
**Subject:** [EXTERNAL] Warden Compassionate Release Request for Lonnie Edward George (29674076)

Good afternoon,

Attached please find a letter to Warden Bowers requesting that BOP file a motion for the compassionate release of our client, Lonnie Edward George (29674076). We are also mailing a paper copy of the letter.

Please acknowledge receipt of this email.

Thank you,

Abe

**Abraham G. Kanter**

Admitted only in MD, not admitted in the District of Columbia.

Practicing under the supervision of the partnership of Jenner & Block, LLP.

**Jenner & Block LLP**

1

1099 New York Avenue, NW
Suite 900, Washington, DC 20001-4412  |  jenner.com

+1 202 637 6361 | TEL
+1 202 603 2509 | MOBILE

AKanter@jenner.com

Download V-Card  |  View Biography


CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.