# EXHIBIT 8

Debra Keathley
39 Bobbitt Road
Medina, TN 38355

June 8, 2023

The Honorable J. Daniel Breen
United States District Court for the Western District of Tennessee
111 South Highland, Room 417
Jackson, Tennessee 38301

Dear Judge Breen,

My name is Debra Keathley. I am Lonnie George's fiancé. We plan on getting married as soon as he is released. He will be living with me and I will be the one taking him to his doctor's appointments and caring for him at home. There is a great cancer treatment center (Kirkland Cancer Center) right next to the Jackson-Madison Co. Hospital in Jackson TN. I am already familiar with this treatment center because my sister's husband has gone through treatment for tongue and throat cancer there and still goes for bi-annual checkups. Throughout my brother-in-law's treatment, I helped my sister with his feedings (he had a feeding tube), daily care, meals and appointments. She has assured me she will do the same for Lonnie and me regardless of where we are living.

My sister's name is Lisa Bobbitt and her husband's name is Bobby. Bobby is retired from the City of Milan, Milan Public Utilities where he was the Water Waste department supervisor. I currently live with them in Medina TN when I am not at my father's home in Symsonia. My father passed away in March 2022. I went to Kentucky to be his caregiver while he was in at-home hospice care. After he passed away I was asked to house sit and take care of my Dad's pets while the property is in probate court. My mother who also lived in Medina was staying with me in Kentucky while I was there. Due to her health, she had to have round-the-clock care. She passed away in January of this year.

My sister has always been there to support me. She came to visit me every week while I was in jail, kept funds on my account for commissary, drove me to meetings with my probation officer, gave me a place to live, drove me to my Teen Challenge classes and to church. Bobby and her come to Kentucky to spend time with me at our Dad's house where we grew up often. Our older brother, Robert Norton II, lives next door. We like to play cards and outdoor games with his son and his wife and children, play music and sing together and go boating and fishing at Land Between the Lakes and Kentucky Dam.

I have known the George family since I was 18 years old and I have had a personal relationship with Lonnie that started in 2013. Lonnie and I started our relationship while we were both in addiction. Lonnie went to prison. I went to Adult Teen Challenge classes while incarcerated, graduating the program and then completing training to become a program facilitator for Adult Teen Challenge and Living Free Community programs in February

1

2021. Throughout my journey of recovery I have met and have the blessing of working with a strong network of people in addiction ministries. I have facilitated Teen Challenge classes at the Gibson County Correctional Complex since March of 2021. However, due to caring for my parents and house-sitting in Kentucky I haven't been able to go the last year. I attended the annual required training in February 2023 and am still approved to do the jail ministry at GCCC and I attend Tuesday night meetings when I am in Tennessee. I truly believe that each individual has their own recovery journey and relationship with God. But I KNOW that the right support system, network of people, family support and surrendering to God are the things that keep me focused. I am confident that Lonnie being connected to these same people and resources will prove to be successful for him as well. Chris Smith, Peer Recovery Coordinator and head of Tennessee's new drug court program is just one of the many people I have gained much knowledge from and know as a personal friend. Chris has promised to be a mentor to Lonnie upon his release and has said he will help Lonnie get a business going and help him and me in any way possible. Todd Byrd, pastor of Boys Town has said he will be there to support Lonnie on his journey too. And it goes without saying that my Teen Challenge peers and associates, along with church members, will do the same. The other facilitators will also be there for Lonnie along his journey.

Lonnie has been my best friend and the one who keeps grounded emotionally. I've heard other family members talk about how, before Lonnie got on drugs, he had a very successful business and he just lost sight of his dreams and of reality when the drugs overtook his life. The man I talk to everyday tells me about his goals and plans; about his dreams. The goals and plans to create a better life for his children, grandchildren and me before he dies. He is in excruciating pain from the cancer yet he is the one who inspires me. His outlook is so positive, even though he knows he is dying. He has been away from his family and me long enough for him to know he never wants to go back to the life he had that led to his incarceration. He and I have had conversations about God and his belief in Him.... conversations about his salvation. He prays. He trusts. He loves. He cares. He has been and continues to be a great source of comfort to me. A friend who not only listens to me but also opens up to me. I have lost 4 parents in the last 4 years, 3 of them in the last year. I don't know how to even express how important of a role Lonnie has played in my grieving process, even with the limited calls. I can say this, losing him to cancer is going to be very hard. And if he was to die in prison and us not be able to have a little bit of time together as husband and wife it would be devastating to say the least.

Lonnie has one of the kindest, biggest hearts I've ever known of. I know how intelligent and driven, self-motivated he is. When he is determined to do something he does. And what he has told me he wants is to make the people he loves happy and proud of him. He wants to stay off of drugs. He wants to be able to contribute to the community by setting an example for his family and for the families that were affected by his involvement with drugs in the past. I believe that he can and will do that in the time he has left on this earth if given the opportunity.

This is all much more personal for me than just what Lonnie can do for the community. I love this man and have been separated from him for way too long. I'm not just asking that he

is given the opportunity to live out his life at home with us. I am begging for the chance to take care of my husband. To be able to spend every last moment of his life making him smile, holding him when he cries, cooking for him, holding his hand as the doctors report the cancer's progress, nursing him, laughing with him, helping him achieve his goals and dreams until his last breath. Please don't deny his family or him and me the chance for him to die with dignity, surrounded by love.

Sincerely,

Debra L Keathley