# EXHIBIT 9

Tiffany Miller
7957 Wentworth Dr.
Memphis, TN 38125

June 8th, 2023

The Honorable J. Daniel Breen
United States District Court for the Western District of Tennessee
111 South Highland, Room 417
Jackson, Tennessee 38301

Dear Judge Breen,

My name is Tiffany George Miller. I am the oldest daughter of federal inmate Lonnie Edward George. I have five beautiful children one of which my father has never met, since she was born after his incarceration. When my father was convicted of his crime, I felt as if I were grieving his death. I would break down at the sound of his name. I think the guilt and regret kept him from wanting to talk to me for the first few years however we have started talking in the last couple of years and have become very close. Now that he's been diagnosed with a terminal illness, I feel like I am losing him all over again. It kills me to think of him leaving this life inside a prison without the ones who love him by his side. That scenario would break my heart into pieces because he is someone who means so much to me. If my father passes away anywhere but at home with family, it will leave a huge empty space in my heart that nothing except a few good laughs, a few talks, a few hugs, and a face to face "I love you" with my father could fill. He knows as well as you (the courts) and I that he made a mistake and broke laws of this land and not only has he paid a price for the mistakes he has made but so have I and so have my children. I know in my heart that my father sees something different about this life nowadays by the little things he's said. He once was telling me about a fellow inmate in a state prison who was convicted of child molestation. He told me other inmates had raped the man all night long. I made a statement like "well, I wonder how that child he molested felt." My father asked if I had ever seen the movie "The Shack" and stated that movie could help me to understand how God loves and forgives all his children including the child molester. This shows me my father has grown not only mentally but also spiritually as well.  I know that it would mean so much to him and our family to make some new memories to replace some of the ones we would like to forget. It would make a huge difference in my life and my children's lives to have him home with us during these difficult times. We really hope we get to hold his hand and let him know we

1

love him as he ends his journey here on earth and moves on to the next life where he will hopefully take that love and better memories with him so I am begging this court system from the bottom of my heart to please grant my father's request for release and give us the chance to make up for some of our lost time together.

Thank you so much for your time and consideration!

Sincerely,

*Tiffany George Miller*

Tiffany George Miller