# EXHIBIT 10

Surgery Urology ROH

880 Madison Ave
Memphis, TN  38103

(901)545-7486

## Patient Information

| | | | |
|---|---|---|---|
| **Patient Name:** | GEORGE, LONNIE | **Sex:** | Male |
| **Home Address:** | 1101 JOHN A DENIE RD | **DOB:** | 09/09/1962 |
| | MEMPHIS, TN  381347630 | **Age:** | 60 Years |
| **Home Phone:** | 2055368438 | **Religion:** | |
| **Employer Name:** | Unknown | **SSN:** | |
| **Employer Phone:** | | **Race:** | White or Caucasian |

## Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Name:** | GEORGE, LONNIE | **Sex:** | Male |
| **Patient's Reltn:** | Self | **DOB:** | 09/09/1962 |
| **Billing Address:** | 1101 JOHN A DENIE RD | **Age:** | 60 Years |
| | MEMPHIS, TN  381347630 | **Religion:** | |
| **Billing Phone:** | 2055368438 | **SSN:** | |
| **Employer Name:** | Unknown | **Marital Status:** | Divorced |
| **Employer Phone:** | | | |

## Contact Information

| _Emergency Contact_ | | _Next of Kin_ | |
|---|---|---|---|
| **Contact Name:** | NAPHCARE INC | **Contact Name:** | |
| **Patient's Reltn:** | Other | **Patient's Reltn:** | |
| **Sex:** | | **Sex:** | |
| **Home Phone:** | 2054062308 | **Home Phone:** | |

## Primary Insurance

| | | | |
|---|---|---|---|
| **Subscriber Name:** | GEORGE, LONNIE | **Insurance Name:** | Naphcare Memphis |
| **Patient's Reltn:** | Self | **Claim Address:** | |
| **Sex:** | Male | | |
| **DOB:** | 09/09/1962 | **Insurance Phone:** | |
| **Age:** | 60 Years | **Policy Number:** | |
| **Employer Name:** | Unknown | **Group Number:** | |
| **Employer Phone:** | | **Authorization Number:** | |
| **Financial Class:** | Managed Care | **Authorization Phone:** | |
| **Group Name:** | | **Authorization Contact:** | |

## Secondary Insurance

| | | |
|---|---|---|
| **Subscriber Name:** | **Insurance Name:** | |
| **Patient's Reltn:** | **Claim Address:** | |
| **Sex:** | | |
| **DOB:** | **Insurance Phone:** | |
| **Age:** | **Policy Number:** | |
| **Employer Name:** | **Group Number:** | |
| **Employer Phone:** | **Authorization Number:** | |
| **Financial Class:** | **Authorization Phone:** | |
| **Group Name:** | **Authorization Contact:** | |

## Encounter Information

| | | | | | |
|---|---|---|---|---|---|
| **Reg Dt/Tm:** | 02/24/2022 12:19 | **Patient Type:** | Clinic | **Admit Type:** | Elective |
| **Est Dt of Arrival:** | 02/24/2022 11:30 | **Medical Service:** | Urology | **Admit Source:** | |
| **Inpt Adm Dt/Tm:** | | **Location:** | OPC Urology | **Advance Directive:** | |
| **Disch Dt/Tm:** | 02/24/2022 23:59 | **Room/Bed:** | / | **Reg Clerk:** | CONTRIBUTOR_SYSTEM, |
| **Observation Dt/Tm:** | 02/24/2022 12:24 | **Isolation:** | | **Admit Physician:** | Ledbetter MD, Christo |
| **VIP Indicator:** | Yes | **Disease Alert:** | | **Attend Physician:** | Ledbetter MD, Christo |
| **Admit Reason:** | prostate 9.47 cannot exclude malignancy | | | **PCP:** | |

# GEORGE, LONNIE

**MRN:**  02258189

# Male /  60 Years

**FIN:**  103041850



**Surgery Urology ROH**
880 Madison Ave
Memphis, TN 38103-

| | | | |
|---|---|---|---|
| Patient: | **GEORGE, LONNIE** | | |
| MRN: | 02258189 | Admit: | 2/24/2022 |
| FIN: | 103041850 | Disch: | 2/24/2022 |
| DOB/Age/Gender: | 9/9/1962    60 years    Male | Admitting: | Ledbetter MD,Christopher K |
| Location: | OPC Urology | | |

---

### *Office Clinic Notes*

---

| | |
|---|---|
| Document Type: | Urology Office Clinic Note |
| Service Date/Time: | 2/24/2022 13:16 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | Urology Office Visit Note |
| Sign Information: | Ledbetter MD,Christopher K (2/25/2022 07:06 CST); Houston MD,Bradley Cole (2/24/2022 14:12 CST) |

**Reason for Visit**
prostate 9.47 cannot exclude malignancy

**Chief Complaint**
Elevated PSA

**History of Present Illness**
This is a 59-year-old Caucasian male with past medical history of hypertension that is referred to our clinic for elevated PSA.  Patient is currently an inmate and his PSA was checked last month initially 13 and rechecked at 9.47.  He has a family history of prostate cancer and his father passed away after undergoing what sounds like a radical prostatectomy and had spread of his disease after surgery.  He complains of weak urinary stream and dribbling.  He does not feel like he can empty his bladder completely.  He also states that he is not taking any medications for his prostate and only medicines he is taking at this time or for high blood pressure.  He denies any dysuria and gross hematuria.  He denies any night sweats fever bone pain and weight loss.

He also has a history of 17 colon polyps removed during a colonoscopy in 2016.

**Review of Systems**
All 14 systems reviewed negative except as stated in HPI

**Physical Exam**

Vitals & Measurements
**T:** 36.8  °C (Oral)  **BP:** 109/74
**WT:** 77 kg  **WT:** 77 kg
Peripheral Pulse Rate: 109 High (02/24/22 11:59:00)
Gen: No acute distress, well appearing male
HEENT: normocephalic, atraumatic, extra ocular movement intact, oropharynx patent
CV: regular rate
chest: nonlabored breathing, no audible wheezing
abdomen: soft, nontender to palpation, nondistended, no cva tenderness to palpation bilaterally
MSK: moves all extremities well, distal extremities warm and well perfused
skin: warm and dry
neuro: awake, alert, oriented x3, no gross deficits
psych: normal mood and affect

**Assessment/Plan**
1. Elevated PSA
    PSA and free percent PSA checked today
    Urinalysis

**Problem List/Past Medical History**
Ongoing
    No qualifying data
Historical
    No qualifying data
    Hypertension

**Procedure/Surgical History**
Colonoscopy

Bilateral inguinal hernia repair

**Medications**
atorvastatin, Oral, Daily
lisinopril, Oral, Daily

**Allergies**
penicillin

**Social History**
Tobacco
    Smoking tobacco use: Never (less than 100 in lifetime). Smokeless tobacco use: Never., 02/24/2022

**Family History**
Family history is unknown
Father died of prostate cancer

**Immunizations**
UTD

**Health Maintenance**
**Health Maintenance**
    **Pending** (in the next year)
        OverDue
            Influenza Vaccine due  09/01/21  and
    every 1  years
        Due
            Adult Wellness Exam due  02/24/22  and
    every 1  years
            Colon Cancer Screening
    due  02/24/22  Variable frequency
            Depression Screening due  02/24/22  and

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 101

**Surgery Urology ROH**

Patient Name:   GEORGE, LONNIE
MRN:           02258189                          Admit:   2/24/2022
FIN:            103041850                         Disch:   2/24/2022
DOB/Age/Gender: 9/9/1962    60 years    Male      Admitting:  Ledbetter MD,Christopher K

---

| *Office Clinic Notes* |
| --- |

Uroflow and PVR. Patient did not void enough for accurate Uroflow but PVR 0cc.
Recommend starting the patient on 0.4mg of tamsulosin for his lower urinary tract symptoms
Multiparametric prostate MRI
Follow up in the clinic after obtaining studies.
Ordered:
99204 Office Visit Level 4 New
MRI Prostate w/ + w/o Contrast
PSA Total+% Free (Serial)
PVR urine/bladder capacity/US 51798
Urinalysis

2. Family history of prostate cancer
   see above
Ordered:
99204 Office Visit Level 4 New
MRI Prostate w/ + w/o Contrast
PSA Total+% Free (Serial)
PVR urine/bladder capacity/US 51798
Urinalysis

3. Lower urinary tract symptoms
   see above
Ordered:
99204 Office Visit Level 4 New
PSA Total+% Free (Serial)
PVR urine/bladder capacity/US 51798
Urinalysis

every 1  years
   Diabetes Screening due  02/24/22  and every 3  years
   Lipid Screening due  02/24/22  and every 5  years
   **Satisfied** (in the past 1 year)
   There are no satisfied recommendations within the defined date range

---

**Attestation**
**GU attending:  The patient was seen and examined in the office by the resident under my supervision. We have discussed the findings and exam as noted above. I agree with the history, exam findings and plan as dictated by the resident with any additions made by myself in the chart as indicated.**


Electronically Signed on 02/24/22 02:12 PM
_____
Houston MD, Bradley Cole


Electronically Signed on 02/25/22 07:06 AM
_____
Ledbetter MD, Christopher K

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 102

**Surgery Urology ROH**

Patient Name:  GEORGE, LONNIE
MRN:           02258189                          Admit:      2/24/2022
FIN:           103041850                         Disch:      2/24/2022
DOB/Age/Gender: 9/9/1962    60 years    Male     Admitting:  Ledbetter MD,Christopher K

| *Office Clinic Notes* |
|---|

Document Type:                    Urology Clinic Procedure
Service Date/Time:                2/24/2022 17:33 CST
Result Status:                    Auth (Verified)
Document Subject:                 Urology Clinic Procedure
Sign Information:                 Treese,Shannon E as proxy for Treese,Shannon E (3/1/2022
                                  17:34 CST)

**\*\*\* Clinical Documentation Content on Following Page \*\*\***

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 103

* Urology Clinic Procedure - Auth (Verified) *



**Surgery Urology ROH**

Patient Name:   GEORGE, LONNIE
MRN:              02258189                              Admit:      2/24/2022
FIN:              103041850                             Disch:      2/24/2022
DOB/Age/Gender: 9/9/1962    60 years    Male           Admitting:  Ledbetter MD,Christopher K

| *Chemistry* |
|---|

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

### Routine Chemistry

| Collected Date | 2/24/2022 | | |
|---|---|---|---|
| Collected Time | 14:15 CST | | |
| Procedure | | Units | Reference Range |
| PSA | **12.6** H f1 | ng/mL | [0.0-4.0] |
| PSA,Free | 0.96 f2 | ng/mL | [N/A] |
| % Free PSA | 7.6 f3 | % | |

Result Comments
f1:      PSA
         Roche ECLIA methodology.

         According to the American Urological Association, Serum PSA
         should decrease and remain at undetectable levels after
         radical prostatectomy. The AUA defines biochemical
         recurrence as an initial PSA value 0.2 ng/mL or greater
         followed by a subsequent confirmatory PSA value 0.2 ng/mL
         or greater. Values obtained with different assay methods or
         kits cannot be used interchangeably. Results cannot be
         interpreted as absolute evidence of the presence or absence
         of malignant disease.
f2:      PSA, Free
         Roche ECLIA methodology.
f3:      % Free PSA
         The table below lists the probability of prostate cancer for
         men with non-suspicious DRE results and total PSA between
         4 and 10 ng/mL, by patient age (Catalona et al, JAMA 1998,
         279:1542).

| % Free PSA | 50-64 yr | 65-75 yr |
|---|---|---|
| 0.00-10.00% | 56% | 55% |
| 10.01-15.00% | 24% | 35% |
| 15.01-20.00% | 17% | 23% |
| 20.01-25.00% | 10% | 20% |
| >25.00% | 5% | 9% |

         Please note:  Catalona et al did not make specific
              recommendations regarding the use of
              percent free PSA for any other population
              of men.
         Performed At:  MB Labcorp Birmingham
         1801 First Avenue South Birmingham, AL 352331935
         Ragland Brian D MD Ph:2055813500

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 105

**Surgery Urology ROH**

Patient Name:   GEORGE, LONNIE
MRN:   02258189                                        Admit:   2/24/2022
FIN:   103041850                                       Disch:   2/24/2022
DOB/Age/Gender: 9/9/1962   60 years   Male   Admitting:   Ledbetter MD,Christopher K

| *Urinalysis* |
|---|

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

### UA Macroscopic

| Collected Date | 2/24/2022 | | |
|---|---|---|---|
| Collected Time | 17:16 CST | | |
| Procedure | | Units | Reference Range |
| UA Color | Amber | | |
| UA Appear | Clear | | |
| UA pH | 5.0 | | [5.0-9.0] |
| UA Spec Grav | 1.025 | | [1.003-1.035] |
| UA Glucose | Negative | | [Negative] |
| UA Bili | Negative | | [Negative] |
| UA Ketones | Negative | | [Negative] |
| UA Blood | Negative | | [Negative] |
| UA Protein | 30 | | |
| UA Urobilinogen | **4.0 H** | | [0.2-1.0] |
| UA Nitrite | Negative | | [Negative] |
| UA Leuk Est | Negative | | [Negative] |

### UA Microscopic

| Collected Date | 2/24/2022 | | |
|---|---|---|---|
| Collected Time | 17:16 CST | | |
| Procedure | | Units | Reference Range |
| UA WBC | 2 O1 | /HPF | [0-6] |
| UA RBC | <1 O1 | /HPF | [0-4] |
| UA Mucous | Trace O1 | | |

Order Comments
O1:     .Urinalysis Microscopic
          Order added by GL_UA_WITH_MICROSCOPIC rule.

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 106

**Regional One Health**

877 Jefferson Avenue
Memphis, TN  38103-2897

(901)545-8400

## Patient Information

| | |
|---|---|
| **Patient Name:** GEORGE, LONNIE | **Sex:** Male |
| **Home Address:** 1101 JOHN A DENIE RD | **DOB:** 09/09/1962 |
| MEMPHIS, TN   381347630 | **Age:** 60 Years |
| **Home Phone:** 2055368438 | **Religion:** |
| **Employer Name:** Unknown | **SSN:** |
| **Employer Phone:** | **Race:** White or Caucasian |

## Guarantor Information

| | |
|---|---|
| **Guarantor Name:** GEORGE, LONNIE | **Sex:** Male |
| **Patient's Reltn:** Self | **DOB:** 09/09/1962 |
| **Billing Address:** 1101 JOHN A DENIE RD | **Age:** 60 Years |
| MEMPHIS, TN   381347630 | **Religion:** |
| **Billing Phone:** 2055368438 | **SSN:** |
| **Employer Name:** Unknown | **Marital Status:** Divorced |
| **Employer Phone:** | |

## Contact Information

| | |
|---|---|
| *Emergency Contact* | *Next of Kin* |
| **Contact Name:** NAPHCARE INC | **Contact Name:** |
| **Patient's Reltn:** Other | **Patient's Reltn:** |
| **Sex:** | **Sex:** |
| **Home Phone:** 2054062308 | **Home Phone:** |

## Primary Insurance

| | |
|---|---|
| **Subscriber Name:** GEORGE, LONNIE | **Insurance Name:** Naphcare Memphis |
| **Patient's Reltn:** Self | **Claim Address:** |
| **Sex:** Male | |
| **DOB:** 09/09/1962 | **Insurance Phone:** |
| **Age:** 60 Years | **Policy Number:** |
| **Employer Name:** Unknown | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** Managed Care | **Authorization Phone:** |
| **Group Name:** | **Authorization Contact:** |

## Secondary Insurance

| | |
|---|---|
| **Subscriber Name:** | **Insurance Name:** |
| **Patient's Reltn:** | **Claim Address:** |
| **Sex:** | |
| **DOB:** | **Insurance Phone:** |
| **Age:** | **Policy Number:** |
| **Employer Name:** | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** | **Authorization Phone:** |
| **Group Name:** | **Authorization Contact:** |

## Encounter Information

| | | |
|---|---|---|
| **Reg Dt/Tm:** 04/19/2022 07:18 | **Patient Type:** Clinic | **Admit Type:** Elective |
| **Est Dt of Arrival:** 04/19/2022 08:00 | **Medical Service:** Radiology | **Admit Source:** |
| **Inpt Adm Dt/Tm:** | **Location:** Imaging East | **Advance Directive:** |
| **Disch Dt/Tm:** 04/19/2022 23:59 | **Room/Bed:** / | **Reg Clerk:** CONTRIBUTOR_SYSTEM, |
| **Observation Dt/Tm:** | **Isolation:** | **Admit Physician:** |
| **VIP Indicator:** | **Disease Alert:** | **Attend Physician:** Ledbetter MD, Christo |
| **Admit Reason:** MRI ELEVATED PSA | | **PCP:** |

# GEORGE, LONNIE

**MRN:** 02258189

# Male /  60 Years

**FIN:** 103136006





**Regional One Health**
877 Jefferson Avenue
Memphis, TN 38103-2897

| | | | | |
|---|---|---|---|---|
| Patient: | **GEORGE, LONNIE** | | | |
| MRN: | 02258189 | | Admit: | 4/19/2022 |
| FIN: | 103136006 | | Disch: | 4/19/2022 |
| DOB/Age/Gender: | 9/9/1962    60 years    Male | | Admitting: | |
| Location: | Imaging East | | | |

---

### *Magnetic Resonance Imaging*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| MR-22-0002306 | 4/19/2022 09:04 CDT | MRI Prostate w/ + w/o Contrast | Houston MD,Bradley Cole | 59 years |

**Reason for Exam**
(MRI Prostate w/ + w/o Contrast) elevated psa;Elevated PSA

**Report**
EXAMINATION: MRI Prostate w/ + w/o Contrast

DATE: 4/19/2022

CLINICAL: Elevated PSA PSA 2/24/2022: 12.6

COMPARISON: None

TECHNIQUE: MRI of the prostate was performed using a 1.5 Tesla MRI by obtaining multiplanar T2, T1, diffusion weighted images, dynamic contrast-enhanced images after intravenous injection of 10 cc of Gadavist.

FINDINGS:

The prostate measures approximately 31 cc in volume based on automated and manual contouring of the gland on the Dyna CAD system. Prostate density measuring 0.40 ng/sq ml.

Overall, the prostate demonstrates heterogeneous signal intensity.The capsule is intact and the neurovascular bundles are normal. Seminal vesicles are unremarkable. No evidence for hemorrhage is identified on the T1-weighted images.

Peripheral zone: The peripheral zone appears homogeneous in intensity. There is T2 hypointensity at the peripheral posterior zone of the prostate, centrally towards the right side.  This area does not show enhancement on the post contrast images or showing diffusion restriction.

Transitional zone: Heterogeneous appearing transitional zone. No suspicious lesion. No capsular penetration, NV bundle involvement.

Pelvis: Visualized pelvis appears normal with few prominent local regional lymph nodes. One of the lymph node on the left measuring 5 mm.

Diverticulosis without diverticulitis.

Visualized bones: Normal signal intensity without evidence for focal lesions.

IMPRESSION:
1. Questionable T2 hypointensity area at the posterior aspect of the peripheral gland (PI-RADS 3)

This preliminary report was dictated by Asif Jamal, MD, Radiology Fellow. The report is to be verified and validated by an

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 98

**Regional One Health**

Patient Name:   GEORGE, LONNIE
MRN:          02258189                          Admit:    4/19/2022
FIN:          103136006                         Disch:    4/19/2022
DOB/Age/Gender: 9/9/1962    60 years    Male    Admitting:

---

### *Magnetic Resonance Imaging*

**Report**
attending.

I, Geoffrey Goodin, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.

***** Final *****

Dictated by:   Goodin MD, Geoffrey Schaeffer
Dictated DT/TM: 04/19/2022 11:38 am
Signed by:  Goodin MD, Geoffrey Schaeffer
Signed (Electronic Signature):  04/19/2022 11:38 am

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 99

**Surgery Urology ROH**

880 Madison Ave
Memphis, TN  38103
(901)545-7486

## Patient Information

| | |
|---|---|
| **Patient Name:** GEORGE, LONNIE | **Sex:** Male |
| **Home Address:** 1101 JOHN A DENIE RD | **DOB:** 09/09/1962 |
| MEMPHIS, TN   381347630 | **Age:** 60 Years |
| **Home Phone:** 2055368438 | **Religion:** |
| **Employer Name:** Unknown | **SSN:** |
| **Employer Phone:** | **Race:** White or Caucasian |

## Guarantor Information

| | |
|---|---|
| **Guarantor Name:** GEORGE, LONNIE | **Sex:** Male |
| **Patient's Reltn:** Self | **DOB:** 09/09/1962 |
| **Billing Address:** 1101 JOHN A DENIE RD | **Age:** 60 Years |
| MEMPHIS, TN   381347630 | **Religion:** |
| **Billing Phone:** 2055368438 | **SSN:** |
| **Employer Name:** Unknown | **Marital Status:** Divorced |
| **Employer Phone:** | |

## Contact Information

| _Emergency Contact_ | _Next of Kin_ |
|---|---|
| **Contact Name:** NAPHCARE INC | **Contact Name:** |
| **Patient's Reltn:** | **Patient's Reltn:** |
| **Sex:** | **Sex:** |
| **Home Phone:** 2054062308 | **Home Phone:** |

## Primary Insurance

| | |
|---|---|
| **Subscriber Name:** GEORGE, LONNIE | **Insurance Name:** Naphcare Memphis |
| **Patient's Reltn:**     Self | **Claim Address:** |
| **Sex:**   Male | |
| **DOB:** 09/09/1962 | **Insurance Phone:** |
| **Age:**   60 Years | **Policy Number:** |
| **Employer Name:** Unknown | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** Managed Care | **Authorization Phone:** |
| **Group Name:** | **Authorization Contact:** |

## Secondary Insurance

| | |
|---|---|
| **Subscriber Name:** | **Insurance Name:** |
| **Patient's Reltn:** | **Claim Address:** |
| **Sex:** | |
| **DOB:** | **Insurance Phone:** |
| **Age:** | **Policy Number:** |
| **Employer Name:** | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** | **Authorization Phone:** |
| **Group Name:** | **Authorization Contact:** |

## Encounter Information

| | | |
|---|---|---|
| **Reg Dt/Tm:**   06/02/2022 12:06 | **Patient Type:** Clinic | **Admit Type:** Elective |
| **Est Dt of Arrival:** 06/02/2022 12:45 | **Medical Service:** Urology | **Admit Source:** |
| **Inpt Adm Dt/Tm:** | **Location:** OPC Urology | **Advance Directive:** |
| **Disch Dt/Tm:**    06/02/2022 23:59 | **Room/Bed:** / | **Reg Clerk:** CONTRIBUTOR_SYSTEM, |
| **Observation Dt/Tm:** 06/02/2022 12:14 | **Isolation:** | **Admit Physician:** Ledbetter MD, Christo |
| **VIP Indicator:** | **Disease Alert:** | **Attend Physician:** Ledbetter MD, Christo |
| **Admit Reason:** medical | | **PCP:** |

# GEORGE, LONNIE

**MRN:** 02258189

# Male / 60 Years

**FIN:** 103171977

Printed By: SSALI, JENNI on 04/03/2023 21:32
Registration last updated by:  CONTRIBUTOR_SYSTEM, SOARIAN on 06/27/2022 15:36

C09CA7A1154F2BB9FF, GEORGE, 90

 **Regional One** Health

**Surgery Urology ROH**
880 Madison Ave
Memphis, TN 38103-

| | | | |
|---|---|---|---|
| Patient: | **GEORGE, LONNIE** | | |
| MRN: | 02258189 | Admit: | 6/2/2022 |
| FIN: | 103171977 | Disch: | 6/2/2022 |
| DOB/Age/Gender: | 9/9/1962    60 years    Male | Admitting: | Ledbetter MD,Christopher K |
| Location: | OPC Urology | | |

---

## *Office Clinic Notes*

---

| | |
|---|---|
| Document Type: | Urology Office Clinic Note |
| Service Date/Time: | 6/2/2022 13:22 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Urology Office Visit Note |
| Sign Information: | Ledbetter MD,Christopher K (6/6/2022 16:19 CDT); Cox MD, Lucille Janine (6/2/2022 16:07 CDT) |

**Reason for Visit**
Prostate biopsy

**Chief Complaint**
Pbx

**History of Present Illness**
This is a 59-year-old Caucasian male with past medical history of hypertension that is referred to our clinic for elevated PSA.  Patient is currently an inmate and his PSA was checked at the facility, and was initially 9.47.  We then checked his PSA in clinic in 2/2022 and it was 12.6, 7.6%fPSA. He had a mpMRI that demonstrated a PIRADS 3 lesion in the posterior peripheral zone.
He presents today for prostate biopsy. He states that he was not administered abx or enema from his facility. He has a family history of prostate cancer and his father passed away after undergoing what sounds like a radical prostatectomy and had spread of his disease after surgery.  He continues to have significant urinary complaints today too; he complains of weak urinary stream and dribbling.  He does not feel like he can empty his bladder completely. He has been taking tamsulosin and it initially helped but he does not see much benefit.  He denies any dysuria and gross hematuria.  He denies any night sweats fever bone pain and weight loss.

He also has a history of 17 colon polyps removed during a colonoscopy in 2016.

**Review of Systems**
14 point review of systems performed and negative except per HPI.

**Physical Exam**

Vitals & Measurements
**T:** 36.7  °C (Oral)  **RR:** 16  **BP:** 161/94  **SpO2:** 98%
**WT:** 84 kg
Peripheral Pulse Rate: 67 (06/02/22 12:23:00)
Gen: No acute distress, well appearing male
HEENT: normocephalic, atraumatic, extra ocular movement intact, oropharynx patent
CV: regular rate
chest: nonlabored breathing, no audible wheezing
abdomen: soft, nontender to palpation, nondistended, no cva tenderness to palpation bilaterally
DRE (6/2/22): 30g prostate; firm and somewhat nodular on posterior aspect and in the right lobe; prostate was also significantly tender to palpation
MSK: moves all extremities well, distal extremities warm and well perfused
skin: warm and dry
neuro: awake, alert, oriented x3, no gross deficits

**Problem List/Past Medical History**
Ongoing
   Elevated PSA
Historical
   No qualifying data

**Medications**
atorvastatin, Oral, Daily
lisinopril, Oral, Daily

**Allergies**
penicillin

**Social History**
Tobacco
   Smoking tobacco use: Never (less than 100 in lifetime). Smokeless tobacco use: Never., 02/24/2022

**Family History**
Family history is unknown

**Health Maintenance**
**Health Maintenance**
   **Pending** (in the next year)
      Due
         Adult Wellness Exam due  06/02/22  and every 1  years
         Colon Cancer Screening due  06/02/22  Variable frequency
         Depression Screening due  06/02/22  and every 1  years
         Diabetes Screening due  06/02/22  and every 3  years
         Lipid Screening due  06/02/22  and every 5 years
      Due In Future
         Influenza Vaccine not due until  09/01/22  and every 1  years
      **Satisfied** (in the past 1 year)
      There are no satisfied recommendations within the defined date range

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 91

**Surgery Urology ROH**

Patient Name:   GEORGE, LONNIE
MRN:            02258189
FIN:            103171977                    Admit:   6/2/2022
                                             Disch:   6/2/2022
DOB/Age/Gender: 9/9/1962    60 years    Male  Admitting:  Ledbetter MD,Christopher K

---

| *Office Clinic Notes* |
| --- |

psych: normal mood and affect

**Procedure Note - Prostate biopsy:**
We discussed the procedure in detail, benefits, alternatives, and risks which include but
are not limited to bleeding (in the urine, stool, and even semen that can possibly last a few
weeks), infection (including UTI, prostatitis, and/or urosepsis), temporary or permanent
ED, damage to the urethra/bladder/rectum, failure of the procedure to detect prostate
cancer, and even need for additional treatments or procedures if prostate cancer is
detected. The patient knows to go to the ER for evaluation if he develops any significant
and/or persistent bleeding, lightheadedness, dizziness, inability to tolerate PO intake, or
fevers >101.4F. The patient verbalizes understanding and wishes to proceed. Consent
obtained

Procedure: Prostate Biopsy with TRUS
Preprocedure dx: Elevated PSA
Post-procedure dx: same
Attending: Dr. Ledbetter who was present
Complications: none
EBL: less than 5cc
Description of procedure: The patient was administered a dose of IM gentamicin. Patient
was placed in the left lateral decubitus position. Time-out was performed. DRE
was performed showing 30g prostate; prostate was firm and somewhat nodular on
posterior aspect and in the right lobe; prostate was also significantly tender to palpation.
TRUS was used to inject 5mL of 1% lidocaine for prostatic nerve block bilaterally. The
prostate volume was then measured with TRUS and found to be 27g. We then began
taking 6 random sample core needle biopsies on the left prostate. We then turned out
attention to the right lobe taking again 6 core needle samples. The TRUS was removed
and pressure was held to achieve hemostasis. The patient tolerated the procedure well.

<u>Assessment/Plan</u>
1. Elevated PSA
   - Pbx performed today as above, after administration of gentamicin 80mg IM (due to PCN
allergy)
   - **PLEASE PRESCRIBE Bactrim DS 800mg-160mg tablet BID x7 days for UTI.**
   - UCx today, will f/u and change abx above w/ prison if necessary
   - Cont tamsulosin
   - PVR ~150-200cc today by bladder scan. Pt also had a bladder US yesterday with PVR
of 120cc. D/w patient that his PVR is elevated, but that he is voiding some. However, his
risk of urinary retention is high. We decided to proceed with catheter placement today
after shared decision making.
   - Will attempt TOV at next visit
   - RTC 2 weeks for discussion of pathology and TOV
Ordered:
gentamicin, 80 mg = 2 mL, IM, Injection, Once, Prophylaxis, Surgery-Beta-Lactam Allergy,
First Dose: 06/02/22 14:00:00 CDT, Stop Date: 06/02/22 14:00:00 CDT, 06/02/22 13:34:00
CDT
99214 Office Visit Level 4 Est
Bx/prostate/needle/punch/sng/mul 55700
Insert temp indwell blad cath/simp 51702
Return to Clinic
US GUIDED NEEDLE PLACEMENT 76942

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 92

**Surgery Urology ROH**

Patient Name:   GEORGE, LONNIE
MRN:              02258189                          Admit:       6/2/2022
FIN:              103171977                         Disch:       6/2/2022
DOB/Age/Gender: 9/9/1962      60 years      Male    Admitting:   Ledbetter MD,Christopher K

| ***Office Clinic Notes*** |
| --- |

2. Urinary retention
   - Foley placed for retention, as above
   - TOV in 2 weeks, at next visit
Ordered:
Insert temp indwell blad cath/simp 51702


**Referral Orders**
Return to Clinic, 2 Weeks, 06/02/22 12:57:00 CDT

**Attestation**
**GU attending:  The patient was seen and examined in the office by the resident under my supervision. We have discussed the findings and exam as noted above. I agree with the history, exam findings and plan as dictated by the resident with any additions made by myself in the chart as indicated.**


Electronically Signed on 06/02/22 04:07 PM
_____
Cox MD, Lucille Janine

Electronically Signed on 06/06/22 04:19 PM
_____
Ledbetter MD, Christopher K

C9D2F4FB1F4E4F2BB9FF, GEORGE, 93

**Surgery Urology ROH**

Patient Name:   GEORGE, LONNIE
MRN:             02258189                              Admit:      6/2/2022
FIN:             103171977                             Disch:      6/2/2022
DOB/Age/Gender: 9/9/1962    60 years    Male           Admitting:  Ledbetter MD,Christopher K

| *Bacteriology* |
|---|

Procedure:              Urine Culture
Source:                 Urine, Clean Catch        Accession:            22-153-1664
Collected Date/Time:    6/2/2022 17:00 CDT        Body Site:
Start Date/Time:        6/2/2022 17:06 CDT        Free Text Source:

***FINAL REPORTS***
Final Report
Verified Date/Time: 6/4/2022 12:11 CDT
No Growth

***PRELIMINARY REPORTS***
Preliminary Report
Verified Date/Time: 6/3/2022 06:52 CDT
No growth to date.

C9D2F4FB1F4E4F2BB9FF, GEORGE, 94

Surgery Urology ROH

880 Madison Ave
Memphis, TN  38103                    (901)545-7486

## Patient Information

| | |
|---|---|
| **Patient Name:** GEORGE, LONNIE | **Sex:** Male |
| **Home Address:** 1101 JOHN A DENIE RD | **DOB:** 09/09/1962 |
| MEMPHIS, TN  381347630 | **Age:** 60 Years |
| **Home Phone:** 2055368438 | **Religion:** |
| **Employer Name:** Unknown | **SSN:** |
| **Employer Phone:** | **Race:** White or Caucasian |

## Guarantor Information

| | |
|---|---|
| **Guarantor Name:** GEORGE, LONNIE | **Sex:** Male |
| **Patient's Reltn:** Self | **DOB:** 09/09/1962 |
| **Billing Address:** 1101 JOHN A DENIE RD | **Age:** 60 Years |
| MEMPHIS, TN  381347630 | **Religion:** |
| **Billing Phone:** 2055368438 | **SSN:** |
| **Employer Name:** Unknown | **Marital Status:** Divorced |
| **Employer Phone:** | |

## Contact Information

| *Emergency Contact* | *Next of Kin* |
|---|---|
| **Contact Name:** NAPHCARE INC | **Contact Name:** |
| **Patient's Reltn:** | **Patient's Reltn:** |
| **Sex:** | **Sex:** |
| **Home Phone:** 2054062308 | **Home Phone:** |

## Primary Insurance

| | |
|---|---|
| **Subscriber Name:** GEORGE, LONNIE | **Insurance Name:** Naphcare Memphis |
| **Patient's Reltn:** Self | **Claim Address:** 2090 COLUMBIANA ROAD SUITE |
| **Sex:** Male | BIRMINGHAM, AL  35216 |
| **DOB:** 09/09/1962 | **Insurance Phone:** |
| **Age:** 60 Years | **Policy Number:** 29674-076 |
| **Employer Name:** Unknown | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** Managed Care | **Authorization Phone:** |
| **Group Name:** Naphcare Memphis | **Authorization Contact:** |

## Secondary Insurance

| | |
|---|---|
| **Subscriber Name:** | **Insurance Name:** |
| **Patient's Reltn:** | **Claim Address:** |
| **Sex:** | |
| **DOB:** | |
| **Age:** | **Insurance Phone:** |
| **Employer Name:** | **Policy Number:** |
| **Employer Phone:** | **Group Number:** |
| **Financial Class:** | **Authorization Number:** |
| **Group Name:** | **Authorization Phone:** |
| | **Authorization Contact:** |

## Encounter Information

| | | |
|---|---|---|
| **Reg Dt/Tm:** 07/07/2022 10:35 | **Patient Type:** Clinic | **Admit Type:** Elective |
| **Est Dt of Arrival:** 07/07/2022 11:30 | **Medical Service:** Medical | **Admit Source:** |
| **Inpt Adm Dt/Tm:** | **Location:** OPC Urology | **Advance Directive:** |
| **Disch Dt/Tm:** 07/07/2022 23:59 | **Room/Bed:** / | **Reg Clerk:** CONTRIBUTOR_SYSTEM, |
| **Observation Dt/Tm:** 07/07/2022 11:39 | **Isolation:** | **Admit Physician:** Ledbetter MD, Christo |
| **VIP Indicator:** Yes | **Disease Alert:** | **Attend Physician:** Ledbetter MD, Christo |
| **Admit Reason:** f/u prostate biopsy | | **PCP:** |

# GEORGE, LONNIE
**MRN:** 02258189

# Male / 60 Years
**FIN:** 103243387

Printed By: SSALI, JENNI on 04/03/2023 21:32
Registration last updated by: CONTRIBUTOR_SYSTEM, SOARIAN on 08/01/2022 20:42

16


C09CF42130424F2BB9FF, GEORGE, 87

Page 1 of 3

 **Regional One** Health

**Surgery Urology ROH**
880 Madison Ave
Memphis, TN 38103-

| | | | |
|---|---|---|---|
| Patient: | **GEORGE, LONNIE** | | |
| MRN: | 02258189 | Admit: | 7/7/2022 |
| FIN: | 103243387 | Disch: | 7/7/2022 |
| DOB/Age/Gender: | 9/9/1962    60 years    Male | Admitting: | Ledbetter MD,Christopher K |
| Location: | OPC Urology | | |

---

### *Office Clinic Notes*

---

| | |
|---|---|
| Document Type: | Urology Office Clinic Note |
| Service Date/Time: | 7/7/2022 11:50 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Urology Office Visit Note |
| Sign Information: | Ledbetter MD,Christopher K (7/7/2022 13:43 CDT); Bierly MD, Jeffrey (7/7/2022 13:20 CDT) |

**Reason for Visit**
f/u prostate biopsy

**Chief Complaint**
F/U Prostate biopsy

**History of Present Illness**
This is a 59-year-old Caucasian male with past medical history of hypertension that is referred to our clinic for elevated PSA.  Patient is currently an inmate and his PSA was checked at the facility, and was initially 9.47.  We then checked his PSA in clinic in 2/2022 and it was 12.6, 7.6%fPSA. He had a mpMRI that demonstrated a PIRADS 3 lesion in the posterior peripheral zone. Prostate biopsy one month ago positive for 4+3=7. He presents today to discuss prostate biopsy results. He has a family history of prostate cancer and his father passed away after undergoing what sounds like a radical prostatectomy and had spread of his disease after surgery.
He had a catheter placed at last appointment for PVR over 200 but the day after catheter placed he removed this on his own. He continues to have significant urinary complaints today; he complains of weak urinary stream, hesitancy, incomplete emptying, 5x nocturia, and post void dribbling.  He has been taking tamsulosin and it initially helped but he does not see much benefit.  He denies any dysuria and gross hematuria.  He denies any night sweats fever bone pain and weight loss.

He also has a history of 17 colon polyps removed during a colonoscopy in 2016.

**Review of Systems**
A 14 point review of systems was performed and is negative other than as outlined in HPI.

**Physical Exam**

Vitals & Measurements
**T:** 36.6  °C (Oral) **BP:** 121/84
**WT:** 79 kg **WT:** 79 kg
Peripheral Pulse Rate: 76 (07/07/22 11:37:00)
Gen: No acute distress, well appearing male
HEENT: normocephalic, atraumatic, extra ocular movement intact, oropharynx patent
CV: regular rate
chest: nonlabored breathing, no audible wheezing
abdomen: soft, nontender to palpation, nondistended, no cva tenderness to palpation bilaterally
DRE (6/2/22): 30g prostate; firm and somewhat nodular on posterior aspect and in the right lobe; prostate was also significantly tender to palpation
MSK: moves all extremities well, distal extremities warm and well perfused
skin: warm and dry

**Problem List/Past Medical History**
Ongoing
    Elevated PSA
Historical
    No qualifying data

**Procedure/Surgical History**
None

**Medications**
atorvastatin, Oral, Daily
lisinopril, Oral, Daily

**Allergies**
penicillin

**Social History**
Tobacco
    Smoking tobacco use: Never (less than 100 in lifetime). Smokeless tobacco use: Never., 02/24/2022

**Family History**
Family history is unknown

**Health Maintenance**
**Health Maintenance**
    **Pending** (in the next year)
      **Due**
        Adult Wellness Exam due  07/07/22  and every 1  years
        Colon Cancer Screening due 07/07/22  Variable frequency
        Depression Screening due  07/07/22  and every 1  years
        Diabetes Screening due  07/07/22  and every 3  years
        Lipid Screening due  07/07/22  and every 5  years
      **Due In Future**
        Influenza Vaccine not due until  09/01/22  and every 1  years
    **Satisfied** (in the past 1 year)
      There are no satisfied recommendations

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 88

**Surgery Urology ROH**

Patient Name:   GEORGE, LONNIE
MRN:            02258189
FIN:            103243387
DOB/Age/Gender: 9/9/1962    60 years    Male

Admit:      7/7/2022
Disch:      7/7/2022
Admitting:  Ledbetter MD,Christopher K

---

### *Office Clinic Notes*

neuro: awake, alert, oriented x3, no gross deficits
psych: normal mood and affect

within the defined date range

**Assessment/Plan**
1. Prostate cancer, Gleason score 4+3, PSA 12.6 unfavorable intermediate risk
- Will need Axumin scan to determine stage of prostate cancer, request to methodist placed.
- Treatment options pending Axumin results
- Discussed that prostate cancer is generally a slow growing disease that does not affect a man for 10 years after diagnosis.
- RTC 2 months for discussion of Axumin

2. LUTS
Uroflow: voided 123cc, qmax: 8.8mL/s, pattern: low amplitude bell curve
- PVR ~65cc today by bladder scan. PVR today low and does not required catheter placement.
- Continue tamsulosin
- Discussed finasteride but patient does not desire starting a medication at this time, will consider again after prostate cancer workup/treatment completed.

**Referral Orders**
Return to clinic in 2 months to discuss results of Axumin and symptom check

**Attestation**
**GU attending:  The patient was seen and examined in the office by the resident under my supervision. We have discussed the findings and exam as noted above. I agree with the history, exam findings and plan as dictated by the resident with any additions made by myself in the chart as indicated.**

**Lab Results**
No qualifying data available.

Electronically Signed on 07/07/22 01:20 PM
_____
Bierly MD, Jeffrey

Electronically Signed on 07/07/22 01:43 PM
_____
Ledbetter MD, Christopher K

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 89

Surgery Urology ROH

880 Madison Ave
Memphis, TN  38103
(901)545-7486

## Patient Information

**Patient Name:** GEORGE, LONNIE
**Home Address:** 1101 JOHN A DENIE RD
MEMPHIS, TN  381347630
**Home Phone:** 2055368438
**Employer Name:** Unknown
**Employer Phone:**

**Sex:**  Male
**DOB:** 09/09/1962
**Age:**  60 Years
**Religion:**
**SSN:**
**Race:** White or Caucasian

## Guarantor Information

**Guarantor Name:** GEORGE, LONNIE
**Patient's Reltn:**  Self
**Billing Address:** 1101 JOHN A DENIE RD
MEMPHIS, TN  381347630
**Billing Phone:** 2055368438
**Employer Name:** Unknown
**Employer Phone:**

**Sex:**  Male
**DOB:** 09/09/1962
**Age:**  60 Years
**Religion:**
**SSN:**
**Marital Status:**  Divorced

## Contact Information

_Emergency Contact_
**Contact Name:**  NAPHCARE INC
**Patient's Reltn:**
**Sex:**
**Home Phone:** 2054062308

_Next of Kin_
**Contact Name:**
**Patient's Reltn:**
**Sex:**
**Home Phone:**

## Primary Insurance

**Subscriber Name:** GEORGE, LONNIE
**Patient's Reltn:**   Self
**Sex:**   Male
**DOB:** 09/09/1962
**Age:**   60 Years
**Employer Name:** Unknown
**Employer Phone:**
**Financial Class:** Managed Care
**Group Name:**    Naphcare Memphis

**Insurance Name:**   Naphcare Memphis
**Claim Address:**   2090 COLUMBIANA ROAD SUITE
BIRMINGHAM, AL  35216
**Insurance Phone:**
**Policy Number:** 29674076
**Group Number:**
**Authorization Number:**
**Authorization Phone:**
**Authorization Contact:**

## Secondary Insurance

**Subscriber Name:**
**Patient's Reltn:**
**Sex:**
**DOB:**
**Age:**
**Employer Name:**
**Employer Phone:**
**Financial Class:**
**Group Name:**

**Insurance Name:**
**Claim Address:**

**Insurance Phone:**
**Policy Number:**
**Group Number:**
**Authorization Number:**
**Authorization Phone:**
**Authorization Contact:**

## Encounter Information

**Reg Dt/Tm:**        11/03/2022 11:39
**Est Dt of Arrival:** 11/03/2022 11:30
**Inpt Adm Dt/Tm:**
**Disch Dt/Tm:**      11/03/2022 23:59
**Observation Dt/Tm:** 11/03/2022 11:53
**VIP Indicator:**    Yes
**Admit Reason:** Other

**Patient Type:** Clinic
**Medical Service:**  Medical
**Location:** OPC Urology
**Room/Bed:** Exam Room 26 /
**Isolation:**
**Disease Alert:**

**Admit Type:** Elective
**Admit Source:** Clinic or Physician Offic
**Advance Directive:**
**Reg Clerk:** Nunley, MA, Gwendolyn B
**Admit Physician:**
**Attend Physician:**Ledbetter MD, Christo
**PCP:**

# GEORGE, LONNIE

**MRN:**  02258189

# Male /  60 Years

**FIN:** 500114044



**Surgery Urology ROH**
880 Madison Ave
Memphis, TN 38103-

| | | | | |
|---|---|---|---|---|
| Patient: | **GEORGE, LONNIE** | | | |
| MRN: | 02258189 | | Admit: | 11/3/2022 |
| FIN: | 500114044 | | Disch: | 11/3/2022 |
| DOB/Age/Gender: | 9/9/1962   60 years   Male | | Admitting: | |
| Location: | OPC Urology; Exam Room 26 | | | |

---

### *Office Clinic Notes*

---

Document Type:                         Urology Office Clinic Note
Service Date/Time:               11/3/2022 12:05 CDT
Result Status:                     Auth (Verified)
Document Subject:              Urology Office Visit Note
Sign Information:                 Ledbetter MD,Christopher K (11/3/2022 13:04 CDT); Irons MD, Adonis (11/3/2022 12:51 CDT)

**Reason for Visit**
Other

**Chief Complaint**
Prostate CA

**History of Present Illness**
59-year-old Caucasian male with past medical history of hypertension that is referred to our clinic for elevated PSA. Patient is currently an inmate and his PSA was checked at the facility, and was initially 13. It was rechecked at 9.47. When checked his PSA in clinic in 2/2022 and it was 12.6, 7.6%fPSA. He had a mpMRI that demonstrated a PIRADS 3 lesion in the posterior peripheral zone. Prostate biopsy one month ago positive for 4+3=7. He presents today to discuss prostate biopsy results. He has a family history of prostate cancer and his father passed away after undergoing what sounds like a radical prostatectomy and had spread of his disease after surgery. He had a catheter placed in 2/2022 for PVR over 200 but the day after catheter placed he removed this on his own. He continues to have urinary complaints today; he complains of weak urinary stream, intermittency, hesitancy, incomplete emptying, 5x nocturia, and post void dribbling. He has been taking tamsulosin and notes difference in symptoms overall, but is still sometimes bothered by straining to void and intermittency. He denies any dysuria and gross hematuria. He denies any night sweats fever bone pain and weight loss. Returns today after completing PSMA scan on 10/19/22 in MUH (records are uploaded to Cerner) for discussion of results.

He also has a history of 17 colon polyps removed during a colonoscopy in 2016.

7/7/22 Uroflow: voided 123cc, qmax: 8.8mL/s, pattern: low amplitude bell curve

**Review of Systems**
14 point review of system performed and negative unless otherwise mentioned in HPI

**Physical Exam**

  Vitals & Measurements
  **T:** 36.7 °C (Oral) **BP:** 128/87
  **WT:** 78 kg **WT:** 78 kg
  Peripheral Pulse Rate: 73 (11/03/22 11:54:00)
Gen: Alert, NAD,
HEENT: Anicteric sclera
Chest: Even nonlabored breathing, no audible wheezing
CV: Non tachycardic, warm peripheral ext

**Problem List/Past Medical History**
Ongoing
  Cataract
  Disorder of kidney and/or ureter
  Disorder of prostate
  Elevated PSA
  Foreign body in respiratory tract
  Hyperlipidemia
  Hypertension
  Low vision, both eyes
  Type 2 diabetes mellitus
Historical
  No qualifying data

**Procedure/Surgical History**
  • Appendix
  • Hernia repair
  • REMOVAL OF TONSILS

**Medications**
atorvastatin, Oral, Daily
lisinopril, Oral, Daily
lisinopril 40 mg oral tablet, Oral, Daily
metFORMIN 500 mg oral tablet, Oral, BID
omeprazole 40 mg oral delayed release capsule, 40 mg= 1 cap, Oral, Daily, 1 refills
polyethylene glycol 3350 with electrolytes oral powder for reconstitution, 240 mL, Oral, q10min
tamsulosin 0.4 mg oral capsule, Oral, Daily

**Allergies**
penicillin

**Social History**
Alcohol
  Never, 11/03/2022
Home/Environment
  Lives with Incarcerated. Living situation: Other., 11/03/2022
Nutrition/Health

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 78

**Surgery Urology ROH**

| | | | | |
|---|---|---|---|---|
| Patient Name: | GEORGE, LONNIE | | | |
| MRN: | 02258189 | | Admit: | 11/3/2022 |
| FIN: | 500114044 | | Disch: | 11/3/2022 |
| DOB/Age/Gender: | 9/9/1962 | 60 years | Male | Admitting: |

---

### *Office Clinic Notes*

---

Abd: soft, ND
Back: no obvious deformities
GU: No CVAT, no suprapubic fullness

<u>Assessment/Plan</u>
1. Prostate cancer, Gleason score 4+3, PSA 12.6 unfavorable intermediate risk
2. LUTS

- PSMA scan findings reviewed with pt in detail today.  PSMA revealed uptake in multiple bilateral pelvic and retroperitoneal LN's.  Also noted potential osseous mets in C-spine and rib, but less definitive finding. Discussed we would not recommend local definitive therapy for his PCa as it would not manage distant metastasis. Discussed ADT as option for systemic therapy. However, may require LN biopsy for confirmation of mets.  Will refer to heme/onc as he is likely to need further therapy in addition to Lupron.
- Continue tamsulosin. Discussed he can take 0.8mg daily to see if any improvement. Declines Finasteride at this time.
- RTC 2 months following onc referral in case he needs Eligard and for sxs check

Diet: Regular. Wants to lose weight: No.
Sleeping concerns: No. Feels highly stressed: No., 11/03/2022
<u>Sexual</u>
History of sexual abuse: No., 11/03/2022
<u>Substance Use</u>
Never, 11/03/2022
<u>Tobacco</u>
Smoking tobacco use: Never (less than 100 in lifetime). Smokeless tobacco use: Never., 02/24/2022

<u>Family History</u>
Family history is unknown

<u>Health Maintenance</u>
**Health Maintenance**
   **Pending** (in the next year)
    <u>OverDue</u>
      Influenza Vaccine due  09/01/22  and every 1  years
    <u>Due</u>
      Adult Wellness Exam due  11/03/22  and every 1  years
      Colon Cancer Screening due 11/03/22  Variable frequency
      Depression Screening due  11/03/22  and every 1  years
      Diabetes - Albumin Creatinine Ratio due 11/03/22 and every 1  years
      Diabetes - Eye Exam due 11/03/22  Variable frequency
      Diabetes - Fasting Lipid Profile due 11/03/22 and every 1  years
      Diabetes - Foot Exam due  11/03/22  and every 1  years
      Diabetes - HgbA1c due 11/03/22  Variable frequency
      Physical Exercise Education due 11/03/22  and every 1  years
    <u>Due In Future</u>
      Hypertension - Blood Pressure not due until 05/03/23  and every 6  months
      Diabetes - Serum Creatinine not due until 10/13/23  and every 1  years
      Hypertension - Basic Metabolic Panel not due until  10/13/23  and every 1  years
   **Satisfied** (in the past 1 year)
    <u>Satisfied</u>
      Diabetes - Serum Creatinine on  10/13/22.  Satisfied by SYSTEM, SYSTEM Cerner
      Hypertension - Basic Metabolic Panel

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 79

**Surgery Urology ROH**

Patient Name:   GEORGE, LONNIE
MRN:            02258189                        Admit:      11/3/2022
FIN:            500114044                       Disch:      11/3/2022
DOB/Age/Gender: 9/9/1962    60 years    Male    Admitting:

| *Office Clinic Notes* |
| --- |

on  10/13/22.  Satisfied by SYSTEM, SYSTEM
Cerner
        Hypertension - Blood Pressure
on  11/03/22.  Satisfied by PATTERSON,
LADONNA

**Attestation**
**GU attending:  The patient was seen and examined in the office by the resident under my supervision. We have discussed the findings and exam as noted above. I agree with the history, exam findings and plan as dictated by the resident with any additions made by myself in the chart as indicated.**

Electronically Signed on 11/03/22 12:51 PM

_____

Irons MD, Adonis

Electronically Signed on 11/03/22 01:04 PM

_____

Ledbetter MD, Christopher K

C9D2F4FB1F4E4F2BB9FF, GEORGE, 80

**Oncology ROH**

880 Madison Ave
Memphis, TN  38103

(901)545-6262

## Patient Information

| | |
|---|---|
| **Patient Name:** GEORGE, LONNIE | **Sex:** Male |
| **Home Address:** 1101 JOHN A DENIE RD | **DOB:** 09/09/1962 |
| MEMPHIS, TN  381347630 | **Age:** 60 Years |
| **Home Phone:** 2055368438 | **Religion:** |
| **Employer Name:** Unknown | **SSN:** |
| **Employer Phone:** | **Race:** White or Caucasian |

## Guarantor Information

| | |
|---|---|
| **Guarantor Name:** GEORGE, LONNIE | **Sex:** Male |
| **Patient's Reltn:** Self | **DOB:** 09/09/1962 |
| **Billing Address:** 1101 JOHN A DENIE RD | **Age:** 60 Years |
| MEMPHIS, TN  381347630 | **Religion:** |
| **Billing Phone:** 2055368438 | **SSN:** |
| **Employer Name:** Unknown | **Marital Status:** Divorced |
| **Employer Phone:** | |

## Contact Information

| | |
|---|---|
| *Emergency Contact* | *Next of Kin* |
| **Contact Name:** NAPHCARE INC | **Contact Name:** |
| **Patient's Reltn:** | **Patient's Reltn:** |
| **Sex:** | **Sex:** |
| **Home Phone:** 2054062308 | **Home Phone:** |

## Primary Insurance

| | |
|---|---|
| **Subscriber Name:** GEORGE, LONNIE | **Insurance Name:** Naphcare Memphis |
| **Patient's Reltn:** Self | **Claim Address:** 2090 COLUMBIANA RD |
| **Sex:** Male | BIRMINGHAM, AL  352160000 |
| **DOB:** 09/09/1962 | **Insurance Phone:** 8008342420 |
| **Age:** 60 Years | **Policy Number:** 09091962 |
| **Employer Name:** Unknown | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** Managed Care | **Authorization Phone:** |
| **Group Name:** Naphcare Memphis | **Authorization Contact:** |

## Secondary Insurance

| | |
|---|---|
| **Subscriber Name:** | **Insurance Name:** |
| **Patient's Reltn:** | **Claim Address:** |
| **Sex:** | |
| **DOB:** | **Insurance Phone:** |
| **Age:** | **Policy Number:** |
| **Employer Name:** | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** | **Authorization Phone:** |
| **Group Name:** | **Authorization Contact:** |

## Encounter Information

| | | |
|---|---|---|
| **Reg Dt/Tm:** 01/18/2023 09:31 | **Patient Type:** Clinic | **Admit Type:** Elective |
| **Est Dt of Arrival:** 01/18/2023 09:00 | **Medical Service:** Medical | **Admit Source:** Clinic or Physician Offic |
| **Inpt Adm Dt/Tm:** | **Location:** OPC Oncology | **Advance Directive:** |
| **Disch Dt/Tm:** 01/18/2023 23:59 | **Room/Bed:** Exam Room14 / | **Reg Clerk:** WATSON, SHAMICKA |
| **Observation Dt/Tm:** 01/18/2023 10:01 | **Isolation:** | **Admit Physician:** AHMED MD, BILAWA |
| **VIP Indicator:** Inmate | **Disease Alert:** | **Attend Physician:** AHMED MD, BILAWA |
| **Admit Reason:** Establish care | | **PCP:** |

# GEORGE, LONNIE
**MRN:** 02258189

# Male / 60 Years
**FIN:** 500191483

Printed By: SSALI, JENNI on 04/03/2023 21:32
Registration last updated by:  SYSTEM, SYSTEM Cerner on  01/19/2023 00:18   5004FB1F4E4F2BB9FF, GEORGE, 67

23

Page 1 of 8

 Regional One Health

**Oncology ROH**
880 Madison Ave
Memphis, TN 38103-

| | | | | |
|---|---|---|---|---|
| Patient: | **GEORGE, LONNIE** | | | |
| MRN: | 02258189 | | Admit: | 1/18/2023 |
| FIN: | 500191483 | | Disch: | 1/18/2023 |
| DOB/Age/Gender: | 9/9/1962   60 years   Male | | Admitting: | AHMED MD,BILAWAL |
| Location: | OPC Oncology; Exam Room14 | | | |

---

### *Office Clinic Notes*

---

Document Type:              Oncology Office Clinic Note
Service Date/Time:          1/18/2023 10:35 CST
Result Status:              Auth (Verified)
Document Subject:           Oncology Office Clinic Note
Sign Information:           AHMED MD,BILAWAL (1/31/2023 11:17 CST)

**Chief Complaint**
Prostate CA -New Pt

**History of Present Illness**

Mr. George is a 60-year-old gentleman who is currently incarcerated presents to my clinic
for evaluation of metastatic prostate cancer.  He is PSA was checked at the facility which
was initially 13 and he was referred to urology last year.  He had an MRI that demonstrated
PIRADS 3 lesion in the posterior peripheral zone. He underwent prostate biopsy on
6/2/2022 which showed Gleason 4+3, grade group 3 involving 1 and 50% of the cores on
both the right and left prostate.  This was followed by PSMA scan on 10/19/2020 at MU H
which showed bilateral pelvic and retroperitoneal metastases.  Subtle tracer foci within the
cervical spine and left posterior third rib could represent osseous metastases but this is
not confident diagnosis.  Small pulmonary lesions are favored benign.

He has a family history of prostate cancer in the father.

**Interval History**
Patient overall doing well. Denies any fevers, chills , nausea , vomiting. Denies
any shortness on exertion. Denies any blood in the urine or bowel or black stools. Denies
any numbess or tingling. complains of posterior neck pain and limited range of movement
there

**Review of Systems**
Constitutional:  No Weight Change, No Fever, No Chills, No Night Sweats, No Fatigue, No
Malaise
ENT/Mouth:  No Hearing Changes, No Ear Pain, No Nasal Congestion, No sore throat, No
Rhinorrhea, No Swallowing Difficulty
Eyes:  No Eye Pain, No Swelling, No Redness,  No Vision Changes
Cardiovascular:  No Chest Pain, No SOB, No Edema, No Palpitations
Respiratory:  No Cough, No Sputum, No Wheezing,  No Dyspnea
Gastrointestinal:  No Nausea, No Vomiting, No Diarrhea, No Constipation, No Anorexia,
No Dysphagia, No Melena, No Jaundice
Genitourinary:  No Dysuria, No Urinary Frequency, No Hematuria
Musculoskeletal:  neck pain and limited movement
Skin:  No Skin Lesions, No Pruritis,
Neuro:  No Weakness, No Numbness, No Recent Falls
Psych:  No Anxiety/Panic, No Depression, No Insomnia, No SI/HI/AH/VH
Heme/Lymph:  No Bruising, No Bleeding,  No Lymphadenopathy
Endocrine:  No Polyuria, No Polydipsia,

**Problem List/Past Medical History**
Ongoing
   Cataract
   Disorder of kidney and/or ureter
   Disorder of prostate
   Elevated PSA
   Foreign body in respiratory tract
   Hyperlipidemia
   Hypertension
   Low vision, both eyes
   Type 2 diabetes mellitus
Historical
   No qualifying data

**Procedure/Surgical History**
   • Appendix
   • Hernia repair
   • REMOVAL OF TONSILS

**Medications**
atorvastatin, Oral, Daily
Eligard 45 mg/6 months subcutaneous injection,
  extended release, 45 mg= 1 kit, SubQ, Once
lisinopril, Oral, Daily
lisinopril 40 mg oral tablet, Oral, Daily
metFORMIN 500 mg oral tablet, Oral, BID
omeprazole 40 mg oral delayed release capsule,
  40 mg= 1 cap, Oral, Daily, 1 refills
polyethylene glycol 3350 with electrolytes oral
  powder for reconstitution, 240 mL, Oral,
  q10min
tamsulosin 0.4 mg oral capsule, Oral, Daily

**Allergies**
penicillin

**Social History**
Alcohol
  Never, 11/03/2022
Home/Environment
  Lives with Incarcerated. Living situation:
  Other., 11/03/2022
Nutrition/Health

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 68

**Oncology ROH**

Patient Name:   GEORGE, LONNIE
MRN:            02258189
FIN:            500191483                    Admit:       1/18/2023
                                            Disch:       1/18/2023
DOB/Age/Gender: 9/9/1962    60 years    Male    Admitting:   AHMED MD,BILAWAL

---

### *Office Clinic Notes*

---

#### Physical Exam

Vitals & Measurements
**T:** 36.7 °C (Oral) **RR:** 16 **BP:** 106/67 **SpO2:** 100%
**WT:** 79 kg **WT:** 79 kg
Peripheral Pulse Rate: 56 Low (01/18/23 10:12:00)
GENERAL: The patient is AOx4, well developed and nontoxic , in no acute distress,
ECOG 0 , Wt 79 kg.
HEENT: Nonicteric sclerae, PERRLA, EOMI. Moist mucous membranes.
CHEST: Chest wall is nontender.
HEART: Regular rate and rhythm without murmurs.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Soft, positive bowel sounds, nontender, no organomegaly.
SKIN: No rash, no excessive bruising, petechiae, or purpura.
NEUROLOGIC: Cranial nerves II-XII intact without motor/sensory deficit.
MSK: mild tenderness over the cervical spine.

#### Assessment/Plan
1. Metastatic adenocarcinoma to prostate

 **- Denovo hormone naive prostate cancer - low volume**
 - prostate biopsy on 6/2/2022 showed Gleason 4+3, grade group 3 involving 1 and 50%
 of the cores on both the right and left prostate.
 - PSMA scan on 10/19/2020 at MU H which showed bilateral pelvic and retroperitoneal
 metastases.  Subtle tracer foci within the cervical spine and left posterior third rib could
 represent osseous metastases but this is not confident diagnosis.  Small pulmonary
 lesions are favored benign.
 - PSA 14

 - Plan to start patient on ADT , discussed the side effects of night sweats, fatigue , bone
 and muscle loss , hot flashes were discussed and patient agreed to get it. Will also start
 him on Enzalutamide and will keep chemo for later line due to low volume disease.

 **Plan:**
 - Start him on ADT - given today  , next due July 2023
 - Start on enzalutamide - no history of seizures or falls.
 - Start on Ca / Vit D
 - Prolia with the next lupron
 - Will  Refer to genetics.
 - RTC in 2 months for toxicity check

 2- Hepatitis C ab positive
 - Will check viral load on the next visit.

Ordered:
leuprolide, 45 mg = 1 kit, SubQ, Susp-Inj, Once, First Dose: 01/18/23 10:27:00 CST, Stop
Date: 01/18/23 10:27:00 CST, 01/18/23 10:27:00 CST
leuprolide, 45 mg = 1 kit, SubQ, Susp-Inj, Day of Tx, *Est. First Dose: 01/19/23, Routine,
01/19/23 8:00:00 CST

Diet: Regular. Wants to lose weight: No.
Sleeping concerns: No. Feels highly
stressed: No., 11/03/2022
Sexual
History of sexual abuse: No., 11/03/2022
Substance Use
Never, 11/03/2022
Tobacco
Smoking tobacco use: Never (less than 100
in lifetime). Smokeless tobacco use: Never.,
02/24/2022

#### Family History
Family history is unknown

Family history of prostate cancer

#### Lab Results
#### Last 24 hours Lab Results
No qualifying data available.

#### Historical Lab Results

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 69

### Oncology ROH

| | | | |
|---|---|---|---|
| Patient Name: | GEORGE, LONNIE | | |
| MRN: | 02258189 | Admit: | 1/18/2023 |
| FIN: | 500191483 | Disch: | 1/18/2023 |
| DOB/Age/Gender: | 9/9/1962   60 years   Male | Admitting: | AHMED MD,BILAWAL |

### *Office Clinic Notes*

Zero Hour, *Est. 01/19/23, 01/19/23 8:00:00 CST
99205 Office Visit Level 5 New
Acute Hepatitis Panel
CBC w/ Diff
CMP
CRP
HIV Ag/Ab Combo
Lactate Dehydrogenase
Prostate Specific Antigen
Testosterone,Free and TotalLC
Thyroid Stimulating Hormone

**Attestation**
EMR and dragon attestation: This medical document was created using an electronic medical record system with dragon computerized dictation system.  Although this document has been carefully reviewed, there may still be some phonetic and typographical errors.  These errors are purely typographical errors, due to imperfections of the software programs, and do not reflect any compromise in the patient's medical care.

I have spent >60 minutes in the total patient encounter, out of which > 50% of the time was spent in patient counseling and the coordination of care. I have personally reviewed patient's past, family and social history which are mentioned above, other wise negative. I have personally reviewed old records if any and have independently reviewed the patient's recent imaging.

The patient has been informed about the follow-up appointments, any labs/tests needed, along with the means to reach back to us in case of any urgency or emergency.  All questions and queries were answered to the patient's satisfaction.

Bilawal Ahmed, MD
Assistant Professor of Medicine
Hematology/Oncology
UT-ROP

Electronically Signed on 01/31/23 11:17 AM
_____

AHMED MD, BILAWAL

C9D2F4FB1F4E4F2BB9FF, GEORGE, 70

**Oncology ROH**

Patient Name:   GEORGE, LONNIE
MRN:          02258189                              Admit:    1/18/2023
FIN:          500191483                             Disch:    1/18/2023
DOB/Age/Gender: 9/9/1962    60 years     Male       Admitting:  AHMED MD,BILAWAL

| *Hematology* |
|---|

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

### CBC and Differential

| Collected Date | 1/18/2023 | | |
|---|---|---|---|
| Collected Time | 10:27 CST | | |
| Procedure | | Units | Reference Range |
| WBC | 5.0 | x10^3/mcL | [4.0-10.0] |
| RBC | **4.48** L | x10^6/mcL | [5.00-6.00] |
| Hgb | **13.1** L | g/dL | [14.0-18.0] |
| Hct | **39.6** L | % | [40.0-50.0] |
| MCV | 88.5 | fL | [80.0-100.0] |
| MCH | 29.2 | pg | [27.0-32.0] |
| MCHC | 33.1 | g/dL | [32.0-36.0] |
| RDW | **14.8** H | % | [11.5-14.5] |
| Platelets | 182 | x10^3/mcL | [150-450] |
| MPV | 8.4 | fL | [7.4-10.4] |
| Neutro Auto | 57.5 | % | [50.0-70.0] |
| Lymph Auto | 31.5 | % | [20.0-40.0] |
| Mono Auto | **8.5** H | % | [2.0-8.0] |
| Eos,Auto | 1.8 | % | [0.0-5.0] |
| Basophil Auto | 0.7 | % | [0.0-1.0] |
| Neutro Absolute | 2.8 | x10^3/mcL | [1.6-7.0] |
| Lymph Absolute | 1.6 | x10^3/mcL | [0.8-4.0] |
| Mono Absolute | 0.40 | x10^3/mcL | [0.08-0.80] |
| Eos Absolute | **0.1** L | x10^3/mcL | [0.4-0.5] |
| Baso Absolute | 0.0 | x10^3/mcL | [0.0-0.1] |

| *Chemistry* |
|---|

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

### Routine Chemistry

| Collected Date | 1/18/2023 | | |
|---|---|---|---|
| Collected Time | 10:27 CST | | |
| Procedure | | Units | Reference Range |
| Sodium Level | 139 | mmol/L | [135-145] |
| Potassium Level | 4.5 f1 | mmol/L | [3.6-5.0] |
| Chloride Level | 106 | mmol/L | [101-110] |
| CO2 | 29 | mmol/L | [21-31] |
| Alk Phos | 59 | unit/L | [38-126] |
| AST | 16 | unit/L | [15-46] |
| ALT | 15 | unit/L | [10-60] |

C9D2F4FB1F4E4F2BB9FF, GEORGE, 71

**Oncology ROH**

Patient Name:   GEORGE, LONNIE
MRN:             02258189                          Admit:   1/18/2023
FIN:             500191483                         Disch:   1/18/2023
DOB/Age/Gender:  9/9/1962   60 years   Male        Admitting:  AHMED MD,BILAWAL

| *Chemistry* |
|---|

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

### Routine Chemistry

| Collected Date | 1/18/2023 | | |
|---|---|---|---|
| Collected Time | 10:27 CST | | |
| Procedure | | Units | Reference Range |
| BUN | 18 | mg/dL | [6-20] |
| Glucose Level | 88 | mg/dL | [70-110] |
| Creatinine Level | 1.1 | mg/dL | [0.5-1.2] |
| eGFR | **77** L | mL/min/X.73 m2 | [90-120] |
| Calcium Level | 8.7 | mg/dL | [8.4-10.2] |
| Protein Total | **6.2** L | g/dL | [6.7-8.2] |
| Albumin Level | 4.0 | g/dL | [3.2-5.5] |
| AGRatio | 2.0 | ratio | [1.0-2.0] |
| Bilirubin Total | 0.5 | mg/dL | [0.2-1.0] |
| Anion Gap | 4 | mmol/L | [2-15] |
| LDH | **118** L | IntlUnit/L | [140-271] |
| BUN/Creat Ratio | 16 | ratio | |
| CRP | <0.5 | mg/dL | [0.0-0.5] |

Result Comments
f1:     Potassium Level
        R-NO HEMOLYSIS PRESENT

### Thyroid

| Collected Date | 1/18/2023 | | |
|---|---|---|---|
| Collected Time | 10:27 CST | | |
| Procedure | | Units | Reference Range |
| TSH | 1.67 | mcIntlUnit/mL | [0.34-5.60] |

### Urine Chemistry

| Collected Date | 1/18/2023 | | |
|---|---|---|---|
| Collected Time | 11:47 CST | | |
| Procedure | | Units | Reference Range |
| Estimated Creatinine Clearance | 72.73 | mL/min | |

### Endocrinology

| Collected Date | 1/18/2023 | | |
|---|---|---|---|
| Collected Time | 10:27 CST | | |
| Procedure | | Units | Reference Range |
| Free Testost Direct | **5.6** L f2 | pg/mL | [6.6-18.1] |
| Testosterone | 304 f3 | ng/dL | [264-916] |

C9D2F4FB1F4E4F2BB9FF, GEORGE, 72

**Oncology ROH**

Patient Name:   GEORGE, LONNIE
MRN:            02258189
FIN:            500191483                          Admit:      1/18/2023
DOB/Age/Gender: 9/9/1962    60 years    Male       Disch:      1/18/2023
                                                   Admitting:  AHMED MD,BILAWAL

---

## *Chemistry*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

### Endocrinology

Result Comments
f2:     Free Testost Direct
        Performed At: BN Labcorp Burlington
        1447 York Court Burlington, NC 272153361
        Nagendra Sanjai MD Ph:8007624344
        Performed At: MB Labcorp Birmingham
        1801 First Avenue South Birmingham, AL 352331935
        Wang Steven MD Ph:2055813500
f3:     Testosterone
        Adult male reference interval is based on a population of
        healthy nonobese males (BMI <30) between 19 and 39 years
        old. Travison, et.al. JCEM 2017,102;1161-1173. PMID:
        28324103.

---

## *Tumor Markers*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

| Collected Date<br>Collected Time | 1/18/2023<br>10:27 CST | | |
|---|---|---|---|
| Procedure | | Units | Reference Range |
| PSA | **14.94** H | ng/mL | [0.00-4.00] |

---

## *Immunology-Serology*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

### Hepatitis

| Collected Date<br>Collected Time | 1/18/2023<br>10:27 CST | | |
|---|---|---|---|
| Procedure | | Units | Reference Range |
| Hep A Ab IgM | Nonreactive | | [Nonreactive] |
| Hep B Core Ab IgM | Nonreactive i1 | | [Nonreactive] |
| Hep Bs Ag | Nonreactive i2 | | [Nonreactive] |
| Hep C Ab | **Reactive** @ | | [Nonreactive] |

Interpretive Data
i1:     Hep B Core Ab IgM
        Antibodies to IGM Anti-HBC may or may not be present.  Patients with specimens exhibiting Grayzone test results
        should be retested at approximately one-week intervals.

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 73

## Oncology ROH

| | | | |
|---|---|---|---|
| Patient Name: | GEORGE, LONNIE | | |
| MRN: | 02258189 | Admit: | 1/18/2023 |
| FIN: | 500191483 | Disch: | 1/18/2023 |
| DOB/Age/Gender: 9/9/1962 | 60 years | Male | Admitting:  AHMED MD,BILAWAL |

---

### *Immunology-Serology*

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**Hepatitis**

Interpretive Data
i2:      Hep Bs Ag
         The interpretation of nonconfirming for HBSAG indicates the presence of HBSAG cannot be confirmed via
         neutralization.

         It is recommended that the patient be evaluated for other serologic markers of HBV infection and that the patient be
         retested for HBSAG in 4 to 6 weeks.

**Infectious Disease**

| Collected Date | 1/18/2023 | | |
|---|---|---|---|
| Collected Time | 10:27 CST | | |
| Procedure | | Units | Reference Range |
| HIV AG/AB Combo | Nonreactive i3 | | [Nonreactive] |

Interpretive Data
i3:      HIV AG/AB Combo
         HIV AG/AB COMBO is a screening test and reactive results will need to be confirmed

---

C9D2F4FB1F4E4F2BB9FF, GEORGE, 74