# EXHIBIT 11

# Kanter, Abraham G.

| | |
|---|---|
| **From:** | Kanter, Abraham G. |
| **Sent:** | Tuesday, February 21, 2023 6:39 PM |
| **To:** | BUH-ExecAssistant@bop.gov |
| **Cc:** | DeBruin, David W. |
| **Subject:** | Warden Compassionate Release Request for Lonnie Edward George (29674076) |
| **Attachments:** | 02.17.23 George Warden Request Letter.pdf |

Good evening,

David DeBruin and I represent Lonnie Edward George (29674076) in his compassionate release efforts. On 2/17/2023, we sent the attached letter to the Warden at FCI Memphis requesting that BOP bring a compassionate release motion on Mr. George's behalf. For this reason, the 30-day waiting period (before we can file our own motion on Mr. George's behalf) also started on 2/17/2023. We were recently made aware of Mr. George's transfer to FMC Butner and wanted to bring this request to your attention. Please reach out with any questions.

Thank you,
Abe Kanter