# EXHIBIT 12

# Kanter, Abraham G.

| | |
|---|---|
| **From:** | Kanter, Abraham G. |
| **Sent:** | Monday, June 5, 2023 5:33 PM |
| **To:** | 'BUH-ExecAssistant@bop.gov' |
| **Subject:** | Lonnie Edward George (29674076) |
| **Attachments:** | 02.17.23 George Warden Request Letter.pdf |

Good evening,

David DeBruin and I represent Lonnie Edward George (29674076). On February 17, 2023, we sent the attached letter to the Warden at FCI Memphis requesting that BOP bring a compassionate release motion on Mr. George's behalf due to his medical condition. This previously-made request meets the procedural requirements under 18 U.S.C. § 3582(c)(1)(A). We also forwarded this request to you on February 21, 2023. Now that Mr. George has been transferred to FMC Butner, we are forwarding this request again, for your awareness.

Thank you,
Abe Kanter