# EXHIBIT 13

TRULINCS 29674076 - GEORGE, LONNIE EDWARD - Unit: MEM-D-B

---

FROM: 29674076
TO: Warden
SUBJECT: ***Request to Staff*** GEORGE, LONNIE, Reg# 29674076, MEM-D-B
DATE: 09/14/2022 08:54:46 AM

To: warden
Inmate Work Assignment: na

sir, i wrote to you on march 15,2022  {hand written} letter for a compassionate release do to my illness , i then filed a BP8 AND BP-9 WITH NO ANWSER from you would you put me in for a compassionate release thank you

1