# EXHIBIT 15

Actuarial Life Table

A period life table is based on the mortality experience of a population during a relatively short period of time. Here we present the 2017 period life table for the Social Security area population, as used in the 2020 Trustees Report (TR). For this table, the period life expectancy at a given age is the average remaining number of years expected prior to death for a person at that exact age, born on January 1, using the mortality rates for 2017 over the course of his or her remaining life.

This life table is available for certain other years.

Select a year for period life table:   2017 (2020 TR)   Go

**Period Life Table, 2017, as used in the 2020 Trustees Report**

| Exact age | Male | | | Female | | |
|---|---|---|---|---|---|---|
| | Death probability [a] | Number of lives [b] | Life expectancy | Death probability [a] | Number of lives [b] | Life expectancy |
| 0 | 0.006304 | 100,000 | 75.97 | 0.005229 | 100,000 | 80.96 |
| 1 | 0.000426 | 99,370 | 75.45 | 0.000342 | 99,477 | 80.39 |
| 2 | 0.000290 | 99,327 | 74.48 | 0.000209 | 99,443 | 79.42 |
| 3 | 0.000229 | 99,298 | 73.50 | 0.000162 | 99,422 | 78.43 |
| 4 | 0.000162 | 99,276 | 72.52 | 0.000143 | 99,406 | 77.45 |
| 5 | 0.000146 | 99,260 | 71.53 | 0.000125 | 99,392 | 76.46 |
| 6 | 0.000136 | 99,245 | 70.54 | 0.000113 | 99,379 | 75.47 |
| 7 | 0.000127 | 99,232 | 69.55 | 0.000104 | 99,368 | 74.47 |
| 8 | 0.000115 | 99,219 | 68.56 | 0.000097 | 99,358 | 73.48 |
| 9 | 0.000103 | 99,208 | 67.57 | 0.000093 | 99,348 | 72.49 |
| 10 | 0.000097 | 99,197 | 66.57 | 0.000092 | 99,339 | 71.50 |
| 11 | 0.000109 | 99,188 | 65.58 | 0.000098 | 99,330 | 70.50 |
| 12 | 0.000151 | 99,177 | 64.59 | 0.000113 | 99,320 | 69.51 |
| 13 | 0.000232 | 99,162 | 63.60 | 0.000138 | 99,309 | 68.52 |
| 14 | 0.000343 | 99,139 | 62.61 | 0.000172 | 99,295 | 67.53 |
| 15 | 0.000465 | 99,105 | 61.63 | 0.000211 | 99,278 | 66.54 |
| 16 | 0.000588 | 99,059 | 60.66 | 0.000251 | 99,257 | 65.55 |
| 17 | 0.000720 | 99,001 | 59.70 | 0.000293 | 99,232 | 64.57 |
| 18 | 0.000858 | 98,929 | 58.74 | 0.000336 | 99,203 | 63.59 |
| 19 | 0.000999 | 98,845 | 57.79 | 0.000379 | 99,170 | 62.61 |
| 20 | 0.001146 | 98,746 | 56.85 | 0.000425 | 99,132 | 61.63 |
| 21 | 0.001288 | 98,633 | 55.91 | 0.000472 | 99,090 | 60.66 |
| 22 | 0.001407 | 98,506 | 54.98 | 0.000515 | 99,044 | 59.69 |
| 23 | 0.001494 | 98,367 | 54.06 | 0.000551 | 98,993 | 58.72 |
| 24 | 0.001556 | 98,220 | 53.14 | 0.000582 | 98,938 | 57.75 |
| 25 | 0.001610 | 98,067 | 52.22 | 0.000612 | 98,880 | 56.78 |
| 26 | 0.001665 | 97,910 | 51.31 | 0.000646 | 98,820 | 55.82 |
| 27 | 0.001717 | 97,746 | 50.39 | 0.000684 | 98,756 | 54.85 |
| 28 | 0.001767 | 97,579 | 49.48 | 0.000729 | 98,689 | 53.89 |
| 29 | 0.001817 | 97,406 | 48.56 | 0.000779 | 98,617 | 52.93 |
| 30 | 0.001865 | 97,229 | 47.65 | 0.000833 | 98,540 | 51.97 |
| 31 | 0.001911 | 97,048 | 46.74 | 0.000887 | 98,458 | 51.01 |
| 32 | 0.001960 | 96,862 | 45.83 | 0.000939 | 98,370 | 50.06 |
| 33 | 0.002014 | 96,672 | 44.92 | 0.000988 | 98,278 | 49.10 |
| 34 | 0.002071 | 96,478 | 44.01 | 0.001034 | 98,181 | 48.15 |
| 35 | 0.002138 | 96,278 | 43.10 | 0.001085 | 98,079 | 47.20 |
| 36 | 0.002211 | 96,072 | 42.19 | 0.001143 | 97,973 | 46.25 |
| 37 | 0.002279 | 95,860 | 41.28 | 0.001205 | 97,861 | 45.30 |
| 38 | 0.002342 | 95,641 | 40.37 | 0.001271 | 97,743 | 44.36 |
| 39 | 0.002405 | 95,417 | 39.47 | 0.001345 | 97,619 | 43.41 |
| 40 | 0.002482 | 95,188 | 38.56 | 0.001429 | 97,488 | 42.47 |
| 41 | 0.002583 | 94,951 | 37.65 | 0.001524 | 97,348 | 41.53 |
| 42 | 0.002710 | 94,706 | 36.75 | 0.001630 | 97,200 | 40.59 |
| 43 | 0.002870 | 94,450 | 35.85 | 0.001748 | 97,042 | 39.66 |
| 44 | 0.003064 | 94,178 | 34.95 | 0.001881 | 96,872 | 38.73 |
| 45 | 0.003285 | 93,890 | 34.06 | 0.002029 | 96,690 | 37.80 |
| 46 | 0.003538 | 93,581 | 33.17 | 0.002195 | 96,494 | 36.88 |
| 47 | 0.003834 | 93,250 | 32.28 | 0.002386 | 96,282 | 35.96 |
| 48 | 0.004178 | 92,893 | 31.41 | 0.002605 | 96,052 | 35.04 |
| 49 | 0.004569 | 92,505 | 30.54 | 0.002851 | 95,802 | 34.13 |

1

| Exact age | Male | | | Female | | |
|---|---|---|---|---|---|---|
| | Death probability [a] | Number of lives [b] | Life expectancy | Death probability [a] | Number of lives [b] | Life expectancy |
| 50 | 0.004997 | 92,082 | 29.67 | 0.003118 | 95,529 | 33.23 |
| 51 | 0.005462 | 91,622 | 28.82 | 0.003403 | 95,231 | 32.33 |
| 52 | 0.005971 | 91,122 | 27.98 | 0.003714 | 94,907 | 31.44 |
| 53 | 0.006526 | 90,577 | 27.14 | 0.004052 | 94,554 | 30.55 |
| 54 | 0.007125 | 89,986 | 26.32 | 0.004415 | 94,171 | 29.68 |
| 55 | 0.007766 | 89,345 | 25.50 | 0.004813 | 93,755 | 28.81 |
| 56 | 0.008445 | 88,651 | 24.70 | 0.005233 | 93,304 | 27.94 |
| 57 | 0.009156 | 87,903 | 23.90 | 0.005647 | 92,816 | 27.09 |
| 58 | 0.009897 | 87,098 | 23.12 | 0.006043 | 92,292 | 26.24 |
| 59 | 0.010671 | 86,236 | 22.34 | 0.006441 | 91,734 | 25.39 |
| 60 | 0.011519 | 85,316 | 21.58 | 0.006886 | 91,143 | 24.56 |
| 61 | 0.012419 | 84,333 | 20.83 | 0.007391 | 90,515 | 23.72 |
| 62 | 0.013307 | 83,286 | 20.08 | 0.007931 | 89,846 | 22.90 |
| 63 | 0.014164 | 82,177 | 19.35 | 0.008508 | 89,134 | 22.07 |
| 64 | 0.015032 | 81,013 | 18.62 | 0.009142 | 88,375 | 21.26 |
| 65 | 0.016013 | 79,795 | 17.89 | 0.009874 | 87,568 | 20.45 |
| 66 | 0.017138 | 78,518 | 17.18 | 0.010717 | 86,703 | 19.65 |
| 67 | 0.018362 | 77,172 | 16.47 | 0.011660 | 85,774 | 18.86 |
| 68 | 0.019693 | 75,755 | 15.77 | 0.012711 | 84,774 | 18.07 |
| 69 | 0.021174 | 74,263 | 15.07 | 0.013894 | 83,696 | 17.30 |
| 70 | 0.022889 | 72,691 | 14.39 | 0.015285 | 82,533 | 16.54 |
| 71 | 0.024869 | 71,027 | 13.71 | 0.016878 | 81,272 | 15.79 |
| 72 | 0.027095 | 69,261 | 13.05 | 0.018607 | 79,900 | 15.05 |
| 73 | 0.029587 | 67,384 | 12.40 | 0.020466 | 78,413 | 14.32 |
| 74 | 0.032394 | 65,390 | 11.76 | 0.022522 | 76,809 | 13.61 |
| 75 | 0.035668 | 63,272 | 11.14 | 0.024929 | 75,079 | 12.92 |
| 76 | 0.039396 | 61,015 | 10.53 | 0.027729 | 73,207 | 12.23 |
| 77 | 0.043453 | 58,611 | 9.94 | 0.030855 | 71,177 | 11.57 |
| 78 | 0.047826 | 56,065 | 9.37 | 0.034321 | 68,981 | 10.92 |
| 79 | 0.052649 | 53,383 | 8.82 | 0.038211 | 66,613 | 10.29 |
| 80 | 0.058206 | 50,573 | 8.28 | 0.042771 | 64,068 | 9.68 |
| 81 | 0.064581 | 47,629 | 7.76 | 0.047992 | 61,328 | 9.09 |
| 82 | 0.071657 | 44,553 | 7.26 | 0.053678 | 58,385 | 8.52 |
| 83 | 0.079465 | 41,361 | 6.79 | 0.059810 | 55,251 | 7.98 |
| 84 | 0.088141 | 38,074 | 6.33 | 0.066584 | 51,946 | 7.45 |
| 85 | 0.097854 | 34,718 | 5.89 | 0.074258 | 48,487 | 6.95 |
| 86 | 0.108747 | 31,321 | 5.48 | 0.083053 | 44,887 | 6.47 |
| 87 | 0.120919 | 27,915 | 5.08 | 0.093123 | 41,159 | 6.01 |
| 88 | 0.134425 | 24,539 | 4.71 | 0.104540 | 37,326 | 5.57 |
| 89 | 0.149273 | 21,241 | 4.37 | 0.117305 | 33,424 | 5.16 |
| 90 | 0.165452 | 18,070 | 4.05 | 0.131392 | 29,503 | 4.78 |
| 91 | 0.182935 | 15,080 | 3.75 | 0.146753 | 25,627 | 4.43 |
| 92 | 0.201679 | 12,322 | 3.48 | 0.163331 | 21,866 | 4.11 |
| 93 | 0.221637 | 9,837 | 3.23 | 0.181064 | 18,294 | 3.81 |
| 94 | 0.242747 | 7,656 | 3.01 | 0.199886 | 14,982 | 3.55 |
| 95 | 0.263672 | 5,798 | 2.81 | 0.218908 | 11,987 | 3.31 |
| 96 | 0.284014 | 4,269 | 2.64 | 0.237815 | 9,363 | 3.09 |
| 97 | 0.303355 | 3,057 | 2.49 | 0.256265 | 7,136 | 2.90 |
| 98 | 0.321268 | 2,129 | 2.36 | 0.273894 | 5,308 | 2.73 |
| 99 | 0.337332 | 1,445 | 2.24 | 0.290328 | 3,854 | 2.58 |
| 100 | 0.354198 | 958 | 2.12 | 0.307747 | 2,735 | 2.42 |
| 101 | 0.371908 | 619 | 2.01 | 0.326212 | 1,893 | 2.28 |
| 102 | 0.390503 | 388 | 1.90 | 0.345785 | 1,276 | 2.14 |
| 103 | 0.410029 | 237 | 1.80 | 0.366532 | 835 | 2.01 |
| 104 | 0.430530 | 140 | 1.70 | 0.388524 | 529 | 1.88 |
| 105 | 0.452057 | 80 | 1.60 | 0.411835 | 323 | 1.76 |
| 106 | 0.474659 | 44 | 1.51 | 0.436546 | 190 | 1.65 |
| 107 | 0.498392 | 23 | 1.42 | 0.462738 | 107 | 1.54 |
| 108 | 0.523312 | 11 | 1.34 | 0.490503 | 58 | 1.44 |
| 109 | 0.549478 | 5 | 1.26 | 0.519933 | 29 | 1.34 |
| 110 | 0.576951 | 2 | 1.18 | 0.551129 | 14 | 1.24 |
| 111 | 0.605799 | 1 | 1.10 | 0.584196 | 6 | 1.15 |
| 112 | 0.636089 | 0 | 1.03 | 0.619248 [a] | 3 [b] | 1.06 |

2

| Exact age | Male | | | Female | | |
|---|---|---|---|---|---|---|
| | Death probability [a] | Number of lives [b] | Life expectancy | Death probability [a] | Number of lives [b] | Life expectancy |
| 113 | 0.667893 | 0 | 0.96 | 0.656403 | 1 | 0.98 |
| 114 | 0.701288 | 0 | 0.90 | 0.695787 | 0 | 0.91 |
| 115 | 0.736353 | 0 | 0.84 | 0.736353 | 0 | 0.84 |
| 116 | 0.773170 | 0 | 0.78 | 0.773170 | 0 | 0.78 |
| 117 | 0.811829 | 0 | 0.72 | 0.811829 | 0 | 0.72 |
| 118 | 0.852420 | 0 | 0.66 | 0.852420 | 0 | 0.66 |
| 119 | 0.895041 | 0 | 0.61 | 0.895041 | 0 | 0.61 |

[a] Probability of dying within one year.
[b] Number of survivors out of 100,000 born alive.
Note: The period life expectancy at a given age for 2017 represents the average number of years of life remaining if a group of persons at that age were to experience the mortality rates for 2017 over the course of their remaining life.

The Social Security area population is comprised of (1) residents of the 50 States and the District of Columbia (adjusted for net census undercount); (2) civilian residents of Puerto Rico, the Virgin Islands, Guam, American Samoa, and the Northern Mariana Islands; (3) Federal civilian employees and persons in the U.S. Armed Forces abroad and their dependents; (4) non-citizens living abroad who are insured for Social Security benefits; and (5) all other U.S. citizens abroad.