# EXHIBIT 17

# Our Program

Adult & Teen Challenge USA works on a Christ-centered model of drug and alcohol recovery. This means that we are concerned with the body, mind, and spirit of those who come to our addiction recovery centers. We endeavor to help people become mentally sound, emotionally balanced, socially adjusted, physically well, and spiritually alive.

HOW ADULT & TEEN CHALLENGE USA APPROACHES RECOVERY

We at Adult & Teen Challenge USA are confident that a restored relationship with God, through Jesus Christ, can transform those who suffer from addiction into vibrant, free, and sober followers of the Lord.

We base the curriculum and community of our addiction recovery centers on God's Word—the Bible. Addiction recovery centers that offer practical, appropriate, and accessible Bible-based courses facilitate the transition from alcoholism and substance abuse to a life of freedom in Christ. At Adult and Teen Challenge USA, we offer a chance to start over, become a new person, live a godly life, and find freedom through a restored purpose and an eternal hope. We do this through classes, individual study, personal mentoring, work ethics training, and involvement in the Christian community.

ADULT & TEEN CHALLENGE USA LOCATIONS

There are over 220 Adult & Teen Challenge USA residential programs throughout the United States. These Christian recovery centers offer a variety of programs that include drug addiction help, alcohol recovery, and services for youth, adults and families. Admission requirements, fees, and tuition costs vary from program to program. Teen Challenge USA (a 501(3)(c)) is diligent to provide cost-effective programs, however, the significant resources required to provide training, lodging, meals, supervision, and other expenses necessitate the generous support of our friends, faith communities, and society.

FAITH, COMMUNITY, AND HEALTH

Addiction destroys more than just the body, so it should be no surprise that Adult & Teen Challenge USA's addiction recovery centers consider all aspects of their students' lives. Because addiction starts as a way to fulfill a void that only God can fill, a strong relationship with the Lord is foundational to our program. We construct this foundation in our students by teaching them the Word of God and by placing them in an environment where they can bond with other growing disciples.

GIVE YOURSELF A SECOND CHANCE WITH ADULT & TEEN CHALLENGE USA

God forgives, and he will give you a second chance. But will you choose to give yourself a second chance? We hope that you do. If addiction rehabilitation centers have not worked for you, don't be discouraged. Our addiction recovery centers work through the power of Christ, and in Him all things are possible.

